# **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the attached Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 14, 2011.

s/David K. Schneider
David K. Schneider

YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, CA 92101
Tel: (619) 233-5500
Fax: (619) 233-5535
Email: dks@yslaw.com

[Return to Request Service List Page](#)

## Service List for Case 11-55016

**CAUTION:** If the word *Active* is in the **ECF Filing Status** column, then your electronic filing will constitute service to the party.
If *Not Registered*, *Exempt*, *Pending*, *Rejected*, or *Suspended* is in the **ECF Filing Status** column, then you must service this party by US Mail.

| Case Number: 11-55016 | ECF Filing Status |
|---|---|
| Amanda M. Frame<br>Robbins Geller Rudman & Dowd LLP<br>Suite 1900<br>655 West Broadway<br>San Diego, CA 92101-8498<br>aframe@rgrdlaw.com | Active |
| Amber Eck<br>Zeldes & Haeggquist, LLP<br>625 Broadway<br>Suite 906<br>San Diego, CA 92101<br>Ambere@zhlaw.com | Active |
| David Keith Schneider<br>Yunker & Schneider<br>Suite 1400<br>655 West Broadway<br>San Diego, CA 92101<br>dks@yslaw.com | Active |
| Eric Alan Isaacson<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>Suite 1900<br>655 West Broadway<br>San Diego, CA 92101-8498<br>erici@rgrdlaw.com | Active |
| Paula M. Roach<br>Robbins Geller Rudman & Dowd LLP<br>Suite 1900<br>655 West Broadway<br>San Diego, CA 92101-8498<br>proach@rgrdlaw.com | Active |
| Rachel L. Jensen<br>Robbins Geller Rudman & Dowd LLP<br>Suite 1900<br>655 West Broadway<br>San Diego, CA 92101-8498<br>rachelj@rgrdlaw.com | Active |