FILED

MAR 01 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TARLA MAKAEFF, on behalf of herself and all others similarly situated, <br><br> Plaintiff-counter-defendant - Appellant, <br> and <br><br> BRANDON KELLER; et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRUMP UNIVERSITY, LLC, a New York limited liability company, AKA Trump Entrepreneur Initiative, <br><br> Defendant-counter-claimant - Appellee., <br> and <br><br> DONALD J. TRUMP, <br><br> Defendant. | No. 11-55016 <br><br> D.C. No. 3:10-cv-00940-IEG-WVG <br> Southern District of California, San Diego <br><br> ORDER |

CLR/Mediation

The court has determined that this appeal will not be selected for inclusion in the Mediation Program. All further inquiries regarding this appeal, including requests for extensions of time, should be directed to the Clerk's office.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant further settlement discussions while the appeal is pending.

FOR THE COURT


By: C. Lewis Ross
Circuit Mediator

CLR/Mediation