FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 04 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TARLA MAKAEFF, on behalf of herself and all others similarly situated,<br><br>        Plaintiff-counter-defendant - Appellant,<br>  and<br><br>BRANDON KELLER; et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>TRUMP UNIVERSITY, LLC, a New York limited liability company, AKA Trump Entrepreneur Initiative,<br><br>        Defendant-counter-claimant - Appellee. | No. 11-55016<br><br>D.C. No. 3:10-cv-00940-IEG-WVG<br>Southern District of California, San Diego<br><br>ORDER |

      The appellant's motion for an extension of time in which to file the opening brief is granted. The opening brief is due May 26, 2011; the answering brief is due June 27, 2011; and the optional reply brief is due within 14 days after service of the answering brief.

3.28.11/cag/Pro Mo

No. 11-55016

Counsel is reminded that a motion for an extension of time to file a brief should include a statement that all designated transcripts have been prepared. 9th Cir. R. 31-2.2(b).

> For the Court:
>
> MOLLY C. DWYER
> Clerk of the Court:
>
> Cathie A. Gottlieb
> Deputy Clerk
> Ninth Cir. R. 27-7/Advisory Note to Rule 27
>   and Ninth Circuit 27-10