# EXHIBIT X





# TRUMP
## UNIVERSITY

TRUMP
UNIVERSITY

ELDRED

**Newly Revised
& Expanded
2nd Edition**



# Building
# Wealth
# with
# Real Estate
# Investments

GARY W. ELDRED, PhD

bestselling author of
*Investing in Real Estate*

## FOREWORD BY DONALD TRUMP



WILEY

MP

*h Real Estate Investments,*

*Small Investors Can Get*

*verful Ideas in Marketing*

*1 into a Money Machine,*

*ost Valuable Asset of Any*

*Strategies of the Rich*



# REAL ESTATE
# 101

## Building Wealth with
## Real Estate Investments

### SECOND EDITION

## FOREWORD BY DONALD TRUMP

## GARY W. ELDRED, PhD



WILEY

JOHN WILEY & SONS, INC.

Copyright © 2009 by Trump University. All rights reserved.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey.
Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning, or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 646-8600, or on the web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008, or online at http://www.wiley.com/go/permissions.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services or for technical support, please contact our Customer Care Department within the United States at (800) 762-2974, outside the United States at (317) 572-3993 or fax (317) 572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books. For more information about Wiley products, visit our web site at www.wiley.com.

*Library of Congress Cataloging-in-Publication Data:*

Eldred, Gary W.
    Trump University real estate 101 : building wealth with real estate investments / by Gary W. Eldred.—2nd ed.
        p. cm.
    Includes index.
    ISBN 978-0-470-45582-1 (cloth)
    1. Trump, Donald, 1946–    2. Real estate investment—United States.
3. Real property—Valuation—United States.    4. Entrepreneurship—United States.
I. Trump University.    II. Title.    III. Title: Trump University real estate
one hundred one.    IV. Title: Trump University real estate one hundred and one.
    HD255.E37528 2009
    332.63'240973—dc22
                                                                    2009007451

Printed in the United States of America.

10  9  8  7  6  5  4  3  2  1

rieval system, or transmitted
pying, recording, scanning,
the 1976 United States
the Publisher, or
e to the Copyright
1923, (978) 750-8400, fax
sts to the Publisher for
nt, John Wiley & Sons, Inc.,
01) 748-6008, or online at

er and author have used
ntations or warranties with
s book and specifically
or a particular purpose. No
or written sales materials.
e for your situation. You
the publisher nor author
amages, including but not
:.

r for technical support,
ited States at (800)
(317) 572-4002.

s. Some content that appears
formation about Wiley

al estate investments /

ted States.
urship—United States.
ty real estate
ne hundred and one.

2009007451

# Contents

Acknowledgments        ix

Foreword to the Trump University 101 Series
By Donald J. Trump        xi

Preface to the Second Edition: Why
Building Wealth with Real Estate
Just Got Better        xiii

Chapter 1
Entrepreneuring in Real Estate
with Donald Trump        1

Chapter 2
You Can Still Achieve Wealth
in Real Estate        11

Chapter 3
How You Can Become a Real Estate
Entrepreneur        23

v

# Foreword to the Trump University 101 Series

### *by Donald J. Trump*

PEOPLE OFTEN ASK me the secret to my success, and the answer is simple: focus, hard work, and tenacity. I've had some lucky breaks, but luck will only get you so far. You also need business savvy—not necessarily a degree from Wharton, but you do need the desire and discipline to educate yourself. I created Trump University to give motivated business people the skills required to achieve lasting success.

The Trump University 101 Series explains the most powerful and important ideas in business—the same concepts taught in the most respected MBA curriculums and used by the most successful companies in the world, including The Trump Organization. Each book is written by a top professor, author, or entrepreneur whose goal is to help you put these ideas to use in your business right away. If you're not satisfied with the status quo in your career, read this book, pick one key idea, and implement it. I guarantee it will make you money.





Donald Trump congratulates Gary Eldred for his outstanding work on Trump University's mastery program in real estate. (Photo by Karen Slavick, Trump University)

-293

d, 264
1

ects, 262–263
s, 263–264
al appraisal report,

263–264

-91
nd, 143
e, 4–5

stake, 90, 93
48

, 233

of, 101
s, need for, 161

tate, 4


nd, 145, 181
l, 136–137
-143
5
263
37


d use (RMU), 135
-136
44
.–142
43

# SPECIAL BONUS #1

## A FREE "Think Big" Consultation

Thinking small when you can be thinking big is definitely limiting your potential. People are capable of doing great things, but not if they don't envision great things being done. You don't have to waste time working your way up to the top when you can start there in your mind.

**Trump University** is looking for a few select individuals to work with on a very exclusive basis. We only want to work with success-minded people that have what it takes to achieve their dreams. Call today and get started on the path to success with your FREE **"Think Big"** consultation.

# 888-826-5954
### TrumpUniversity.com/Bonus1



# SPECIAL BONUS #2

## FREE Advanced Training

If you're serious about investing in real estate, you need to know everything you can about what you're doing. **Trump University** offers its members free continuing education events around the country so that they can stay current on the latest investing trends and strategies. These invitation-only events feature three-days of intensive training where you will learn how to:

- Develop a winning investment strategy
- Build a long-term portfolio
- Finance your deals with minimal capital
- Invest in projects out of state
- Use the internet to source profitable deals

To receive an invitation to the next training event in your area simply register by logging onto:
**TrumpUniversity.com/Bonus2**



## US #2

### Training

l estate, you need to
ou're doing. **Trump**
ntinuing education
can stay current on
s. These invitation-
sive training where

egy

ital

deals

ning event in your



# SPECIAL BONUS #3

## Wealth Builders Network 14 Day FREE Membership

Now that you're a part of the **Trump University** community we would like to offer you a free trial in the Wealth Builders Network, our premium membership community. As a member you will be able to:

- Participate in live training webinars every week
- Access a forms library for invaluable contracts, etc.
- Network with other success-oriented entrepreneurs
- View archived webinars
- Download audio classes to your iPod

To accept this free trial invitation please log onto: TrumpUniversity.com/Bonus3

*(continued from front flap)*

*Edition* is packed with smart strategies and moneymaking ideas that work.

Just like the first edition, this new revision includes the essentials of financing, property management, and property analysis. It shows you how and where to find properties that fit your investing goals and how to follow and predict trends in property value, rent levels, and price appreciation. Plus, it teaches you the techniques you need to negotiate with every kind of seller.

Perfect as either a stand-alone guide to investing or as a companion text for Trump University real estate courses, *Trump University Real Estate 101, Second Edition* offers the insight, information, and practical tools you need to start making money. Whether you need help with a one-time deal or you're investing as a professional, this guide will sharpen your performance.

GARY W. ELDRED has been investing successfully in real estate for twenty-five years and has consulted on real estate issues with many Fortune 500 companies. He formerly served on the graduate business faculty of Stanford University and the University of Virginia. He is the bestselling author of *Investing in Real Estate, Sixth Edition*, *The Beginner's Guide to Real Estate Investing, Second Edition*, and *The 106 Common Mistakes Homebuyers Make (and How to Avoid Them), Fourth Edition*, all from Wiley.

*Jacket Photograph: © Mark Burgin*

Subscribe to our free Business eNewsletter at wiley.com/enewsletters

Visit wiley.com/business


**WILEY**
wiley.com



# TRUMP UNIVERSITY

# REAL ESTATE 101

## Second Edition

Trump University books are practical, straightforward primers on the basics of doing business the Trump way—successfully. Written by leading experts and including an inspiring Foreword by Trump himself, these books present smart business wisdom illustrated with real-life examples from Trump and other world-renowned experts. Perfect for anyone who wants to get ahead in business without the cost of an MBA, these street-smart guides provide real-world business advice based on the one thing you can't get in any business school—experience.

ISBN 978-0-470-45582-1

52495



9 780470 455821

# EXHIBIT Y



# TRUMP
## UNIVERSITY



## How Small Investors Can Get Started and Make It Big

### DAVID LINDAHL

LINDAHL

TRUMP
UNIVERSITY


WILEY



# TRUMP
## UNIVERSITY

# COMMERCIAL REAL ESTATE 101

## How Small Investors Can Get Started and Make It Big

DAVID LINDAHL



**WILEY**

John Wiley & Sons, Inc.

Copyright © 2008 by Trump University. All rights reserved.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey
Published simultaneously in Canada

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning, or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 646-8600, or on the web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008, or online at http://www.wiley.com/go/permissions.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services or for technical support, please contact our Customer Care Department within the United States at (800) 762-2974, outside the United States at (317) 572-3993 or fax (317) 572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books. For more information about Wiley products, visit our web site at www.wiley.com.

*Library of Congress Cataloging-in-Publication Data*

Lindhal, David.
    Trump University commercial real estate 101: how small investors can get started and make it big/David Lindahl.
        p.  cm
    Includes index.
    ISBN 978-0-470-38035-2 (cloth)
        1. Commercial real estate.   2. Real estate investment.   3. Commercial real estate—United States.   4. Real estate investment—United States.   I. Title.
    HD1393.55.L56   2008
    332.63'24—dc22

                                                                        2008032211

Printed in the United States of America.

10 9 8 7 6 5 4 3 2

(continued on back flap)

# CONTENTS

system, or transmitted in
cording, scanning, or
United States Copyright
authorization through
e Center, Inc., 222
6-8600, or on the web at
d be addressed to the
, Hoboken, NJ 07030,
om/go/permissions.

thor have used their best
ties with respect to the
lisclaim any implied
arranty may be created or
and strategies contained
a professional where
ss of profit or any other
onsequential, or other

chnical support, please
(800) 762-2974, outside

e content that appears in
about Wiley products,

rs can get started and

ommercial real estate—
.

2008032211

FOREWORD TO TRUMP UNIVERSITY
COMMERCIAL REAL ESTATE 101
BY DONALD J. TRUMP                                    xvii

CHAPTER 1    COMMERCIAL REAL ESTATE
             INVESTING: IT'S NOT ONLY
             FOR BILLIONAIRES                          1

Commercial Real Estate Is the Invisible Giant          1

Six Reasons to Invest in Commercial Real Estate        3

    It's Not about Your Wealth or Lack of It—
    It's about the *Property*                          3

    Commercial Real Estate Will Open Up a Huge Seg-
    ment of Your Local Market That You
    Previously Avoided                                 4

    Less Competition: They're Scared Off Because
    They Don't Know the Secrets You'll Discover
    in This Book                                       5

    Cash Flow                                          6

    You Can Think Big But Still Start Very Small        7

    When You Follow Proven Systems, Commercial
    Properties Offer Lower Risk                        8

How You Can Make Money from Commercial
    Investing                                          9

v

nd Supply            232
                     233

Sale                 235

r Sale               236

erty-
                     238
                     238
                     240

nmission?            242
                     242

                     243
                     243
                     244
                     245
                     245
                     246
                     247
                     248
                     249
                     250
                     253

# FOREWORD TO TRUMP UNIVERSITY COMMERCIAL REAL ESTATE 101

The only way to run an organization as large as mine is to be highly efficient. The competition is simply too great to trust mere theory. Therefore I use tested and proven methods whenever possible.

I built Trump University on the same principle. If you're looking for nice-sounding theory, you won't find it in my organization. I've made sure that the curriculum is built on a rock-solid foundation of proven methods for building your business.

The book you are holding, Trump University Commercial Real Estate 101, is no different. I chose David Lindahl to write it because he's not only a highly successful investor, but he has a knack for clarity in explaining commercial real estate investing.

Clarity is especially important when it comes to this topic. Unlike investing in single-family homes, it's possible to be overwhelmed by the size and purchase price of commercial properties. Don't let that deter you from pursuing your dreams! Trust me: You don't have to implement everything right away. Just take one investing step at a time. The real key to success is to get moving and take those steps.

xvii

FOREWORD

You've made a smart move by getting your commercial real estate investing advice from Trump University. Study this book and follow the advice. Who knows—someday you and I may own properties next to each other.

DONALD J. TRUMP

ommercial real estate
:his book and follow
own properties next

Donald J. Trump

# 1

# COMMERCIAL REAL ESTATE INVESTING

## IT'S NOT ONLY FOR BILLIONAIRES

Do you have the mind-set of a winner?

Here's how a billionaire-wannabe thinks: "Someday, if I'm as wealthy as Donald Trump, I'd love to own a bunch of properties in my town."

Here's how a future billionaire thinks: "The way to become as wealthy as Donald Trump is to start owning commercial property in my town."

Commercial property isn't your destination; it's the way you will reach it.

### COMMERCIAL REAL ESTATE IS THE INVISIBLE GIANT

You can't pick up a newspaper these days without seeing some story— usually negative—about the residential real estate market. But there's another, quiet, vast real estate market that is quite independent of the ups and downs of residential property.

ppreciation and, 11–12

d, 129
e resale, 237

105, 109
ofit entries
art making deals, 3–4
te, 1–3
eing, 109–110
191–192
, creating, 97, 100
gage, 174

ng statements, 116–117

ns, due diligence



## PERSONAL GOALS:

- ☑ Get promoted.
- ☑ Fire my boss.
- ☑ Start my own business.
- ☑ Buy a home.
- ☑ Flip a home.
- ☑ Enjoy financial independence.
- ☑ Live larger.
- ☑ Laugh more.
- ☑ Achieve my dreams.

**START RIGHT HERE:**
**www.TrumpUniversity.com**

Donald Trump knows about success. He lives it. He epitomizes it. And now he's ready to *teach* it — with world-class instructors, convenient online learning programs, and a wealth of streetwise wealth-building wisdom that can give you a lifelong professional and personal advantage.

Visit our website today — **www.TrumpUniversity.com** to learn more, do more, and BE more. The information is absolutely free — but the opportunity could be priceless.



**TRUMP**
UNIVERSITY

www.TrumpUniversity.com

# Learn the Trump Way to Real Estate Riches

**Make no mistake: This is one course that could really change your life — IF you're ready. You'll learn how to:**

☐ Succeed as a real estate investor without making the typical — and costly — beginner mistakes

☐ Work for yourself and never slave for a boss again

☐ Build multimillionaire wealth and achieve true financial security

☐ Live the life of your dreams, one winning real estate deal at a time!

**Is this really the right program for you?**

There's really only one good way to find out! Just visit the following website to find out more: **www.TrumpUniversity.com/MasterClass**

There's nothing in the world as good at making you a knowledgeable, confident, and successful real estate investor from day one — nothing even close. See for yourself!



**TRUMP** UNIVERSITY

www.TrumpUniversity.com

**Apply now by phone at: 888-668-7867**

Way
hes

l really
how to:

ical

ecurity
at a time!

ollowing
sterClass

68-7867

# SPECIAL BONUS #1

## A FREE "Think Big" Consultation

Thinking small when you can be thinking big is definitely limiting your potential. People are capable of doing great things, but not if they don't envision great things being done. You don't have to waste time working your way up to the top when you can start there in your mind.

**Trump University** is looking for a few select individuals to work with on a very exclusive basis. We only want to work with success-minded people that have what it takes to achieve their dreams. Call today and get started on the path to success with your FREE "**Think Big**" consultation.

## 888-826-5954
TrumpUniversity.com/Bonus1



# SPECIAL BONUS #2

# FREE Advanced Training

If you're serious about investing in commercial real estate, you need to know everything you can about what you're doing. Trump University offers its members free continuing education events around the country so that they can stay current on the latest investing trends and strategies. These invitation-only events feature three-days of intensive training where you will learn how to:

- Develop a winning investment strategy
- Build a long-term portfolio
- Finance your deals with minimal capital
- Invest in projects out of state
- Use the internet to source profitable deals

To receive an invitation to the next training event in your area simply register by logging onto:
**TrumpUniversity.com/Bonus2**



## S #2

## aining

cial real estate,
ut what you're
nembers free
ountry so that
ng trends and
ure three-days
ow to:

ls

; event in your



# SPECIAL BONUS #3

## Wealth Builders Network 14 day FREE Membership

Now that you're a part of the Trump University community we would like to offer you a free trial in the Wealth Builders Network, our premium membership community. As a member you will be able to

- Participate in live training webinars every week
- Access a forms library for invaluable contracts, etc.
- Network with other success-oriented entrepreneurs
- Read the monthly magazine featuring Donald Trump—packed with investing tips and tactics
- View archived webinars
- Download audio classes to your iPod

To accept this free trial invitation please log onto:
TrumpUniversity.com/Bonus3



# SPECIAL OFFER FOR READERS OF COMMERCIAL INVESTING 101

If you like what you read in this book, then there's more where that came from.

We understand that the small minority of true "take action" people generally can't get enough information. Therefore we want to make it easy to take the next steps toward your success in commercial real estate.

We've prepared a special bonus for you. All you need to do is go to www.commercialrealestateinvesting101.com and type into the search box the phrase Reader Bonus.

You'll see an impressive collection of tools and resources that we have put together. It includes several back issues of David Lindahl's Real Estate Insights newsletter, special reports on financing your deals, a CD/DVD set, and even a full-color poster that details the entire real estate emerging market cycle.

Again, congratulations for getting and reading this book. We stand ready to provide even more tools and systems to ensure your commercial real estate investing success.



# TRUMP
## UNIVERSITY

# COMMERCIAL REAL ESTATE
# INVESTING 1O1

Trump University books are practical, straightforward primers on the basics of
doing business the Trump way—successfully. Each book is written by a leading
expert in the field and includes an inspiring Foreword by Trump himself. Key
ideas throughout are illustrated by real-life examples from Trump and other
senior executives in the Trump organization. Perfect for anyone who wants to
get ahead in business, with or without the MBA, these streetwise books provide
real-world business advice based on the one thing readers can't get in any busi-
ness school—experience.

LINDAHL



# TRUMP
## UNIVERSITY



ISBN 978-0-470-38035-2

52795

9 780470 380352



WILEY