UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 27 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TARLA MAKAEFF, on behalf of herself and all others similarly situated,<br><br>          Plaintiff-counter-defendant - Appellant,<br>and<br><br>BRANDON KELLER; et al.,<br><br>          Plaintiffs<br><br>  v.<br><br>TRUMP UNIVERSITY, LLC, a New York limited liability company, AKA Trump Entrepreneur Initiative,<br><br>          Defendant-counter-claimant - Appellee.<br><br> and<br><br>DONALD J. TRUMP,<br><br>          Defendant | No. 11-55016<br><br>D.C. No. 3:10-cv-00940-IEG-WVG<br>U.S. District Court for Southern California, San Diego<br><br>**ORDER** |

The opening brief submitted on May 26, 2011 is filed.

Within 7 days of this order, appellant is ordered to file 7 copies of the brief in paper format, with a blue cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted

electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Wayne Price
Deputy Clerk