Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

9th Circuit Case Number(s): 11-55016

Case Name: TARLA MAKAEFF, et al.   v.   TRUMP UNIVERSITY, LLC, et al.

The Clerk will enter my appearance as counsel on behalf of: TRUMP UNIVERSITY, LLC

- [ ] Appellant
- [ ] Petitioner
- [ ] Amicus Curiae
- [ ] Appellant/Cross-Appellee
- [x] Appellee
- [ ] Respondent
- [ ] Intervenor
- [ ] Appellee/Cross-Appellant

[x] Check if you are lead counsel. Lead counsel must be designated if a party is represented by more than one attorney or law firm.

[ ] Re-Assignment. (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm). Enter name of counsel you are replacing below.

I am replacing (name of counsel):

Signature (use "s/" format): s/Jill A. Martin   Date: 6/3/11

Name: Jill A. Martin

Address: c/o Trump National Golf Club Los Angeles
One Ocean Trails Drive

City: Rancho Palos Verdes   State: CA   Zip Code: 90275

Phone Number (including area code): (310) 303-3225

## **CERTIFICATE OF SERVICE**
Case No. 11-55016

I hereby certify that on June 3, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on June 3, 2011.

s/Jill A. Martin
Jill A. Martin

c/o Trump National Golf Club
One Ocean Trails Drive
Rancho Palos Verdes, CA 90275
Tel: (310) 303-3225
Fax: (310) 265-5522
Email: jmartin@trumpnational.com