FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 06 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TARLA MAKAEFF, on behalf of herself and all others similarly situated,<br><br>          Plaintiff-counter-defendant - Appellant,<br>  and<br><br>BRANDON KELLER; et al.,<br><br>          Plaintiffs,<br><br>  v.<br><br>TRUMP UNIVERSITY, LLC, a New York limited liability company, AKA Trump Entrepreneur Initiative,<br><br>          Defendant-counter-claimant - Appellee. | No. 11-55016<br><br>D.C. No. 3:10-cv-00940-IEG-WVG<br>Southern District of California, San Diego<br><br>ORDER |

     Appellee's motion for an extension of time until August 15, 2011 to file the answering brief is granted. The optional reply brief is due 14 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

Cole Benson
Supervising Deputy Clerk
Ninth Circuit Rules 27-7 and 27-10

cb /Pro Mo