| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | AUG 23 2011 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| TARLA MAKAEFF, on behalf of herself and all others similarly situated,<br><br>        Plaintiff-counter-defendant - Appellant,<br><br>  v.<br><br>TRUMP UNIVERSITY, LLC, a New York limited liability company, AKA Trump Entrepreneur Initiative,<br><br>        Defendant-counter-claimant - Appellee. | No. 11-55016<br><br>D.C. No. 3:10-cv-00940-IEG-WVG<br>Southern District of California, San Diego<br><br>ORDER |

The appellant's motion for an extension of time to file the reply brief is granted. The reply brief is due September 27, 2011.

                For the Court:

                MOLLY C. DWYER
                Clerk of the Court:

                Cathie A. Gottlieb
                Deputy Clerk
                Ninth Cir. R. 27-7/Advisory Note to Rule 27
                    and Ninth Circuit 27-10

08.15/cag/Pro Mo