No. 11-55016

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

TARLA MAKAEFF, Individually and on Behalf of All Others Similarly Situated,

Plaintiff-Counter-Defendant-Appellant,

vs.

TRUMP UNIVERSITY, LLC,

Defendant-Counter-Claimant-Appellee.

Appeal from the United States District Court
for the Southern District of California
No. 3:10-cv-00940-IEG(WVG)
The Honorable Irma E. Gonzalez

MOTION FOR LEAVE TO EXCEED THE 7,000-WORD LIMIT FOR REPLY
BRIEF, AND SUPPORTING DECLARATION

ROBBINS GELLER RUDMAN
 & DOWD LLP
ERIC ALAN ISAACSON (120584)
RACHEL L. JENSEN (211456)
AMANDA M. FRAME (253603)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiff-Counter-Defendant-Appellant

654016_1

Based on the attached Declaration of Eric Alan Isaacson, Appellant Tarla Makaeff respectfully requests leave to exceed the usual 7,000-word limit for her Reply Brief in this appeal, which raises important questions of constitutional law relating to whether Trump University is a public figure that must prove actual malice in order to pursue defamation claims against one of its former students.

Additional words are needed in order to address what amounts to an alternative ground for affirmance raised for the first time in the Appellee's Brief, concerning whether the district court erred in ruling that the communications at issue relate to an "issue of public interest" within the meaning of California's anti-SLAPP statute, California Code of Civil Procedure §426.16(e)(4) (*see* Appellee's Brief at 17-20), and to describe recent publications confirming that Makaeff's in fact relate to such an issue. *See* Reply Brief at 3-8, 31-34.

Makaeff accordingly seeks leave to file the accompanying 8,187 word Reply Brief.

DATED:  September 27, 2011	Respectfully submitted,

          ROBBINS GELLER RUDMAN
            & DOWD LLP
          ERIC ALAN ISAACSON
          RACHEL L. JENSEN
          THOMAS R. MERRICK
          AMANDA M. FRAME


           s/ Eric Alan Isaacson
          ERIC ALAN ISAACSON

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiff-Counter-Defendant-Appellant

## DECLARATION OF ERIC ALAN ISAACSON

I, ERIC ALAN ISAACSON declare and state:

1. 1. I am a member in good standing of the bar of this Court and am the lawyer primarily responsible for prosecuting this appeal on behalf of appellant Tarla Makaeff.

2. Though I have worked with diligence to prepare a concise Reply Brief, substantial need exists to exceed the usual 7,000-word limit.

3. Despite my best efforts, the accompanying Reply Brief comes to 8,187 words.

4. Appellant Tarla Makaeff accordingly requests leave to exceed the usual 7,000-word limit for her Reply Brief in this appeal, which raises important questions of constitutional law relating to whether Trump University is a public figure that must prove actual malice in order to pursue defamation claims against one of its former students.

5. Additional words are needed in order to address what amounts to an alternative ground for affirmance raised for the first time in the Appellee's Brief, concerning whether the district court erred in ruling that the communications at issue relate to an "issue of public interest" within the meaning of California's anti-SLAPP statute, California Code of Civil Procedure §426.16(e)(4) (*see* Appellee's Brief at 17-

20), and to describe recent publications confirming that Makaeff's in fact relate to such an issue. *See* Reply Brief at 3-8, 31-34.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 27th day of September, 2011, at San Diego, California.

                                                  s/ Eric Alan Isaacson
                                                  ERIC ALAN ISAACSON

# DECLARATION OF SERVICE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. I hereby certify that on September 27, 2011, I electronically filed the foregoing document: **MOTION FOR LEAVE TO EXCEED THE 7,000-WORD LIMIT FOR REPLY BRIEF, AND SUPPORTING DECLARATION** with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

3. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 27, 2011, at San Diego, California.

s/ Eric Alan Isaacson<br>
ERIC ALAN ISAACSON

654016_1

Service List
United States District Court for the Southern District of California, No. 10-cv-00940-IEG-WVG;
U.S. Court of Appeals for the Ninth Circuit, No. 11-55016

|  | ECF Filing Status |
|---|---|
| Amanda M. Frame<br>Robbins Geller Rudman & Dowd LLP<br>Suite 1900<br>655 West Broadway<br>San Diego, CA 92101-8498<br>aframe@rgrdlaw.com<br>Phone: 619/231/1058<br>619-231-7423 (fax) | Active |
| Amber Eck<br>Zeldes & Haeggquist, LLP<br>625 Broadway<br>Suite 906<br>San Diego, CA 92101<br>Ambere@zhlaw.com<br>Phone: 619/342-8000<br>619/342-7878 (fax) | Active |
| Christopher M. Burke<br>Scott & Scott LLP<br>Suite 1000<br>707 Broadway<br>San Diego, CA 92101<br>cburke@scott-scott.com<br>Phone: 619/233-4565<br>619/233-0508 (fax) | Active |
| David Keith Schneider<br>Yunker & Schneider<br>Suite 1400<br>655 W Broadway<br>San Diego, CA 92101<br>dks@yslaw.com<br>Phone: 619/233-5500<br>619/233-5535 (fax) | Active |
| Eric Alan Isaacson<br>Robbins Geller Rudman & Dowd LLP<br>Suite 1900<br>655 West Broadway<br>San Diego, CA 92101-8498<br>erici@rgrdlaw.com<br>Phone: 619/231/1058<br>619-231-7423 (fax) | Active |
| Jill Ann Martin<br>c/o Trump National Golf Club<br>One Ocean Trails Dr.<br>Rancho Palos Verdes, CA 90275<br>jmartin@trumpnational.com<br>Phone: 310/303-3225<br>310/265-5522 (fax) | Active |

592868_1

- 2 -

| | |
|---|---|
| John David Blair-Loy<br>ACLU Foundation of San Diego and Imperial Counties<br>P.O. Box 87131<br>San Diego, CA 92138<br>dblairloy@aclusandiego.org<br>Phone: 619/232-2121 | Active |
| Rachel L. Jensen<br>Robbins Geller Rudman & Dowd LLP<br>Suite 1900<br>655 West Broadway<br>San Diego, CA 92101-8498<br>rachelj@rgrdlaw.com<br>Phone: 619/231/1058<br>619-231-7423 (fax) | Active |