No. 11-55016

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

TARLA MAKAEFF, Individually and on Behalf of All Others Similarly Situated,

Plaintiff-Counter-Defendant-Appellant,

vs.

TRUMP UNIVERSITY, LLC,

Defendant-Counter-Claimant-Appellee.

Appeal from the United States District Court
for the Southern District of California
No. 3:10-cv-00940-IEG(WVG)
The Honorable Irma E. Gonzalez

SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE

ROBBINS GELLER RUDMAN
 & DOWD LLP
ERIC ALAN ISAACSON (120584)
RACHEL L. JENSEN (211456)
AMANDA M. FRAME (253603)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ZELDES & HAEGGQUIST, LLP
AMBER L. ECK (177882)
625 Broadway, Suite 906
San Diego, CA  92101
Telephone:  619/342-8000
619/342-7878 (fax)

Attorneys for Plaintiff-Counter-Defendant-Appellant

As noted in Tarla Makaeff's previously filed request for judicial notice, this Court may choose to judicially notice press coverage concerning Donald Trump and Trump University in connection with its *de novo* review of the issues presented by this appeal. *See, e.g.*, *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010); *Singh v. Ashcroft*, 393 F.3d 903, 905-07 (9th Cir. 2004); *Papai v. Harbor Tug & Barge Co.*, 67 F.3d 203, 207 n.5 (9th Cir. 1995), *rev'd on other grounds*, 520 U.S. 548 (1997); *Dockray v. Phelps Dodge Corp.*, 801 F.2d 1149, 1152 n.3 (9th Cir. 1986).

With this Supplemental Request for Judicial Notice, Makaeff respectfully requests that the Court judicially notice several additional articles, referenced in her Reply Brief, all but one of them published while this appeal has been pending.

As the following materials are judicially noticeable and may be helpful to the Court, Makaeff respectfully seeks leave to submit them through this Supplemental Request for Judicial Notice:

| EXHIBIT | DESCRIPTION |
|---|---|
| AA: | Greg Levine, *Trump's Next Building: NYS Governor's Mansion?*, Forbes, Dec. 30, 2005 (available online at http://www.forbes.com/2005/12/30/trump-governor-nys-cx_gl_1230autofacescan06.html (accessed Sept. 27, 2011)). |
| BB: | Mike Jaccarino, *Judge Orders Trump to Repay Golfer's Club Fee*, New York Daily News, July 25, 2011 (available online at http://articles.nydailynews.com/2011-07-25/gossip/29831277_1_trump-plans-donald-trump-trump-international-golf-club (accessed Sept. 27, 2011)). |

- 1 -

CC: *Trump Ordered to Return Golfer's Membership Fee*, WENN.com, July 25, 2011 (available online at http://www.hollywood.com/news/Trump_ordered_to_return_golfers_membership_fee/7820454 (accessed Sept. 27, 2011)).

DD: Jane Musgrave, *Trump Ordered to Repay Club Deposit to Ousted Member*, Palm Beach Post, July 22, 2011 (available online at http://www.palmbeachpost.com/news/trump-ordered-to-repay-club-deposit-to-ousted-1637478.html (accessed Sept. 27, 2011)).

EE: *Trump University Faces More Scrutiny*, International Business Times, May 23, 2011 (available online at http://www.ibtimes.com/articles/150404/20110523/trump-university-new-york-attorney-general-real-estate-courses.htm (accessed Sept. 27, 2011)).

FF: Aaron Leitko, *Trump's School Faces Investigation; Clinton Supports Embassy Arts*, The Washington Post, May 20, 2011 (available online at http://www.washingtonpost.com/lifestyle/style/trumps-school-faces-investigation-clinton-supports-embassy-arts/2011/05/20/AFXE727G_story.html (accessed Sept. 27, 2011)).

GG: Transcript of CNN Newsroom: *232 Unaccounted for in Joplin, Missouri; Trump School Under Scrutiny . . .* (May 26, 2011) (available on LEXIS/NEXIS).

DATED: September 27, 2011

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
ERIC ALAN ISAACSON
RACHEL L. JENSEN
THOMAS R. MERRICK
AMANDA M. FRAME

s/ Eric Alan Isaacson
ERIC ALAN ISAACSON

>655 West Broadway, Suite 1900
>San Diego, CA 92101
>Telephone: 619/231-1058
>619/231-7423 (fax)
>
>ZELDES & HAEGGQUIST, LLP
>AMBER L. ECK
>625 Broadway, Suite 906
>San Diego, CA 92101
>Telephone: 619/342-8000
>619/342-7878 (fax)
>
>Attorneys for Plaintiff-Counter-Defendant-Appellant

## DECLARATION OF SERVICE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. I hereby certify that on September 27, 2011, I electronically filed the foregoing document: **SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE** with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

3. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 27, 2011, at San Diego, California.

s/ Eric Alan Isaacson<br>
ERIC ALAN ISAACSON

654010_1

Service List
United States District Court for the Southern District of California, No. 10-cv-00940-IEG-WVG;
U.S. Court of Appeals for the Ninth Circuit, No. 11-55016

|  | ECF Filing Status |
|---|---|
| Amanda M. Frame<br>Robbins Geller Rudman & Dowd LLP<br>Suite 1900<br>655 West Broadway<br>San Diego, CA 92101-8498<br>aframe@rgrdlaw.com<br>Phone: 619/231/1058<br>619-231-7423 (fax) | Active |
| Amber Eck<br>Zeldes & Haeggquist, LLP<br>625 Broadway<br>Suite 906<br>San Diego, CA 92101<br>Ambere@zhlaw.com<br>Phone: 619/342-8000<br>619/342-7878 (fax) | Active |
| Christopher M. Burke<br>Scott & Scott LLP<br>Suite 1000<br>707 Broadway<br>San Diego, CA 92101<br>cburke@scott-scott.com<br>Phone: 619/233-4565<br>619/233-0508 (fax) | Active |
| David Keith Schneider<br>Yunker & Schneider<br>Suite 1400<br>655 W Broadway<br>San Diego, CA 92101<br>dks@yslaw.com<br>Phone: 619/233-5500<br>619/233-5535 (fax) | Active |
| Eric Alan Isaacson<br>Robbins Geller Rudman & Dowd LLP<br>Suite 1900<br>655 West Broadway<br>San Diego, CA 92101-8498<br>erici@rgrdlaw.com<br>Phone: 619/231/1058<br>619-231-7423 (fax) | Active |
| Jill Ann Martin<br>c/o Trump National Golf Club<br>One Ocean Trails Dr.<br>Rancho Palos Verdes, CA 90275<br>jmartin@trumpnational.com<br>Phone: 310/303-3225<br>310/265-5522 (fax) | Active |

592868_1

- 2 -

| | |
|---|---|
| John David Blair-Loy<br>ACLU Foundation of San Diego and Imperial Counties<br>P.O. Box 87131<br>San Diego, CA 92138<br>dblairloy@aclusandiego.org<br>Phone: 619/232-2121 | Active |
| Rachel L. Jensen<br>Robbins Geller Rudman & Dowd LLP<br>Suite 1900<br>655 West Broadway<br>San Diego, CA 92101-8498<br>rachelj@rgrdlaw.com<br>Phone: 619/231/1058<br>619-231-7423 (fax) | Active |