# EXHIBIT AA



Become a member | Log In
Portfolio | Save 36%: Forbes/CFA Investment Course
Make Forbes.com My Home Page
Bookmark This Page



Home Page for the World's Business Leaders

Free Trial Issue

Search

Stock Quote

U.S. EUROPE ASIA

| Home | Business | Investing | Technology | Entrepreneurs | Op/Ed | Leadership | Lifestyle | Lists |

Video ForbesWoman CEO Network Org Chart Wiki Mobile Portfolio Tracker Blogs E-Mail Newsletters Special Reports

E-mail | Print | Comments | Request Reprints | E-Mail Newsletters | ⊞ My Yahoo! | RSS

Faces In The News

## Trump's Next Building: NYS Governor's Mansion?

Greg Levine, 12.30.05, 2:03 PM ET



Donald Trump

NEW YORK - Trump Tower, Trump Taj Mahal... Trump Governor's mansion?

According to a report, the master deal maker may want to tack his name onto New York State's highest office: The New York *Daily News* said Friday that Donald Trump is eyeing a run for governor on the Republican ticket.

That would place the billionaire businessman square against that *bête noire* of big--and sometimes corrupt--business, **Eliot Spitzer**. The NYS attorney general will throw his leather-tough hat into the ring as a Democrat.

According to The Associated Press, the *Daily News* story was published a day after GOP N.Y. Senate Majority Leader Joseph Bruno hinted that a high-profile candidate might be poised to enter the 2006 governor's race.

"When it gets public, you are all going to become excited, interested, and will want to write about it," the AP quoted Bruno as saying. However, the senator would not spill the name of the elusive politico. The AP states that State GOP Executive Director Ryan Moses said neither he nor state party Chairman Stephen Minarik have had any discussions with Trump about running.

The real estate icon had considered running for president on the Reform Party ticket in 2000. But he demurred from that destiny-laden race. Perhaps he developed a distaste for the mud-slinging of politics--or maybe he tired of the likely bizarre company of fellow third-party characters like manic entrepreneur Ross Perot, Navy SEAL-turned-pro wrestler-turned Minnesota Gov. **Jesse Ventura** and ultra-right-wing kook **Patrick Buchanan**.

Whatever the case, the Donald has had five more years of experience under his belt. Five more years to learn about handling the media glare, not merely on General Electric's (nyse: GE - news - people ) NBC smash *The Apprentice*, but taking tough medicine as his Trump Hotels & Casino Resorts firm went bankrupt--and was reborn as **Trump Entertainment Resorts** (nasdaq: TRMP - news - people ).

Who knows? Perhaps political science will be added to the curriculum at Trump University, the tycoon's *realpolitik* business school. (see: " Trump University Founded For Student 'Customers' ")

**More Faces In The News**

**Popular Videos**

Tinseltown's Most Influential
Over 50 And Filthy Rich
Mass Layoffs
Post-election Taxes
New York In Crisis

**Most Popular Stories**

Saudi Arabia's Next Act
The Lithium Gold Rush
Visit Iceland--It's On Sale
Entrepreneurs Who Rose From The Ashes
McDonald's Recession-Proof Menu

**More On This Topic**

Companies: GE | TRMP

E-Mail Newsletters: Sign Up Now To Stay Informed On A Range Of Topics
Attaché: Customize Forbes.com Now To Track This Author And Industry

Article Controls

E-mail | Print | Comments | Request Reprints | E-Mail Newsletters | ⊞ My Yahoo! | RSS

Related Sections

Home > Business > Faces In The News

ADVERTISEMENT

## How might the 3rd year of a presidential term affect your stocks?

If you have a $500,000 portfolio, you should download the latest report by *Forbes* columnist Ken Fisher's firm. It tells you where we think the stock market is headed and why. This must-read report includes our latest stock market forecast, plus research and analysis you can use in your portfolio right now. Don't miss it!

**Click Here to Download Your Report!**

FISHER INVESTMENTS™

Make Forbes.com My Home Page     Bookmark This Page

News by E-Mail Get stories by E-Mail on this topic FREE

**Companies**

☐ Trump Entertainment Resorts     ☐ GE

**Topics**

☐ Faces In The News     ☐ Billionaires
☐ Donald Trump     ☐ Real Estate

Become a member FREE     Already a Member?
Log In

Enter Username     Enter E-Mail Address

Receive Special Offers?



# EXHIBIT BB

Judge orders Trump to repay golfer's club fee after mogul booted him for 'verbally abusing' caddies - New Yor...   Page 1 of 2

Case: 11-55016, 09/27/2011, ID: 7908315, DktEntry: 36-2, Page 5 of 37


ONE-CLICK OPTIONS STRATEGIES ON TRADE ARCHITECT.
· P&L graph displays
· Access to options video tutorials
· Nothing to download, never a platform or subscription fee
TRADE FREE FOR 60 DAYS
OPEN AN ACCOUNT ►
WELCOME TO BETTER
TD Ameritrade
▼ IMPORTANT INFORMATION

NYDailyNews.com
**DAILY●NEWS** | Article Collections

News   Sports   **Gossip**   Entertainment   Events   Local   Opinion   Life & Style   uPhoto   More Sections +

Celebrity Photos   Fashion

NYDN Home → Collections


SEIZE POTENTIAL OPPORTUNITIES.
THE MARKET IS UP↑
· Trade on the go with our robust mobile and iPad platforms
· Never a platform or Level II fee
· Free access to trading specialists
DJIA as of 12:46pm ET
TRADE FREE FOR 60 DAYS + GET UP TO $500
TD Ameritrade   OPEN AN ACCOUNT ►
▼ IMPORTANT INFORMATION

**RELATED ARTICLES**

[Donald Does Miami As Prez Possibility](#)
*November 16, 1999*

[Trump Shuffles Staff At The Taj](#)
*October 13, 1995*

[Papa Trump Foaming Over Beer Bash](#)
*December 31, 2002*

# Judge orders Trump to repay golfer's club fee after mogul booted him for 'verbally abusing' caddies

BY MIKE JACCARINO
DAILY NEWS STAFF WRITER
Monday, July 25, 2011

A Florida judge ruled Donald Trump must return a $200,000 membership fee to a man he booted from one of his golf clubs.

Trump ousted fellow New York resident Harry Theodoracopulos, 77, from Trump International Golf Club in West Palm Beach for verbally abusing caddies and talking too loudly on the driving range, The Palm Beach Post reported.

The often-abrasive Trump reportedly called Theodoracopulos, a Hamptons resident, "a cancer on any club he goes to."

Circuit Judge Timothy McCarthy disagreed with Trump's tactic. He ruled The Donald violated club bylaws when he booted Theodoracopulos, a Greek shipping magnate and former race car driver, in 2009. Only the club's full admissions committee can toss members, McCarthy found.

Recommend

0         ·         0
          ·
          ·


Pay up, Trump! The Donald is being ordered to fork over $200,000 in membership... (Ethan Miller/Getty)

Trump plans to appeal. "The court misapplied the facts and misapplied the law," his lawyer, Jill Martin, told the Post.

mjaccarino@nydailynews.com

**From NYDailyNews.com**

[Dead Baby's Mom Just 13](#)

[Sarah Palin now an X-rated punch line after revelation of Glen Rice tryst in Joe McGinniss book](#)

[Jennifer Lopez gets a lap dance in Las Vegas nightclub after getting cheeky at iHeartRadio concert](#)

[Zola Jesus – "Days Grow Older"](#)

**From Around the Web**

['L-Word' for Southwest May Be Lawsuit](#) (TheStreet)

[Kris Humphries Says He's Bonded With Scott Disick](#) (Cupid's Pulse)

[Denver Man's Sentence Reduced In 1975 AIM Slaying](#) (The Huffington Post)

[Our Favorite Celebrity Wedding Moments](#) (MyDailyMoment)

[Gisele Buchden Uncovered in Vogue](#) (Voguepedia)

Judge orders Trump to repay golfer's club fee after mogul booted him for 'verbally abusing' caddies - New Yor...    Page 2 of 2

Case: 11-55016, 09/27/2011, ID: 7908315, DktEntry: 36-2, Page 6 of 37

[what's this]




© Copyright 2011 NY Daily News.com

Index by Keyword | Original Article | Index by Date | Privacy Policy | Terms of Service

# EXHIBIT CC



# hollywood

MOVIES    CELEBRITIES    TV    TRAILERS    BOX OFFICE    PHOTOS    DVD    FANS

**Get Movie Showtimes**      **Find Theaters**        **Search**                          **Sign up for our Newsletter ▸**
Select a Movie          OR   Enter Zip (or) City      Search Movies + Celebrities + TV Shows     Fan Us 📘   Follow Us 🐦

🏠 Home ▸ Trump ordered to return golfer's membership fee

**0        2**

## Trump ordered to return golfer's membership fee

                                                                                Share

By WENN.com | Monday, July 25, 2011                    Like   🐦 ✉ 🔖 m

The reality TV star suspended Harry Theodoracopulos from his West Palm Beach Trump International Golf Club in 2009 for allegedly verbally abusing staff members and disturbing patrons by speaking too loudly on the course.

Theodoracopulos later took legal action against Trump because he was not notified by the club's admission's committee or given an opportunity to argue his side of the story.

Judge Timothy McCarthy has now ruled against The Apprentice star and ordered him to reimburse the golfer for the pricey membership fee, since Trump violated the club's by-laws and made the decision on his own.

However, Trump plans to appeal the ruling.

His lawyer, Jill Martin, tells the Palm Beach Post, "We believe the club's actions were justified. The court misapplied the facts and misapplied the law."

Like

## Add New Comment

Optional: Login below.

Type your comment here.

Post as …

## Showing 0 comments

Sort by  Newest first      ✉ Subscribe by email    🔊 Subscribe by RSS

**News Archive**

----- Choose a Month -----

**More News**

▸ Munn wants to adopt

▸ Hill turned down directing job

▸ Mad Men cast hosts charity fundraiser

▸ Brosnan wants to help young people following U.K. riots

▸ Tinker Tailor Soldier Spy breaks records and retains box office crown

Sponsored Links

                                        ⋯   Buy A Link Here ▸

**DIRECTORY**

A-Z index        Whats on Hollywood.com        🔊 RSS Feeds

Celebrities      Actors        302,663       Reviews     2,370
Movies           Photos        416,939       Trailers    4,789
                 Videos        11,762        TV          129,006
TV               Fan Pages     127,992       Movies      267,514

**NETWORK**

Hollywood.com        Fan Sites              Partners
About Us             Directory              Spill.com
Advertise With Us    Justin Bieber Fansite  MovieTickets.com
Contact Us           Jessica Alba           Hollywood Wiretap
Newsletter           World of Justin        Box Office
                     BritneySpears.org

Feedback | Terms of Service | Privacy Policy | Copyright Notices | Report Abuse

**Isn't It Time You Went Hollywood ®**
©1999-2011 Hollywood.com, LLC

HOLLYWOOD·COM

# EXHIBIT DD

# The Palm Beach Post

Print this page     Close

## Trump ordered to repay club deposit to ousted member

By **JANE MUSGRAVE**

Palm Beach Post Staff Writer

Updated: 5:56 p.m. Friday, July 22, 2011
Posted: 5:49 p.m. Friday, July 22, 2011

Donald Trump may be able to yell, "You're fired!" at contestants on his reality TV show. But, he doesn't enjoy the same power when it comes to members of his tony West Palm Beach country club, a Palm Beach County circuit judge has ruled.

The part-time Palm Beach millionaire, who flirted shamelessly with the American public earlier this year over supposed presidential ambitions, was ordered to repay a $200,000 deposit to a member he unceremoniously kicked out of the club in April 2009.

The reason?

Circuit Judge Timothy McCarthy ruled that The Donald overstepped his bounds.

According to rules of Trump International Golf Club, only the admissions committee can suspend a member, McCarthy ruled this month. While Trump is a member of the committee, he acted unilaterally when he angrily suspended Harry Theodoracopulos for purported talking too loudly on the driving range and verbally abusing caddies. Trump later called the 77-year-old Greek shipping magnate and former race car driver "a cancer on any club he goes to."

Trump's unilateral decision denied Theodoracopulos a chance to respond to allegations, some of which didn't hold up under judicial scrutiny, McCarthy ruled. The judge ordered Trump, through the country club, to refund Theodoracopulos's $200,000 membership deposit. Trump could also be forced to reimburse Theodoracopulos for the attorney fees he wracked up in the court fight.

Palm Beach Gardens attorney John Jorgensen said Theodoracopulos was satisfied with the ruling. Jill Martin, general counsel to the Trump organization, said an appeal is planned.

"We believe the club's actions were justified," she said. "The court misapplied the facts and misapplied the law."

Further, Martin said, Trump prevailed in another dispute, this one with a member of Mar-A-Lago. Circuit Judge Meenu Sasser on Friday ordered Dr. Daniela Dadurian to pay $93,000 in attorney fees Trump expended fighting her efforts to get back the $100,000 deposit she paid to join the Palm Beach club. Since Trump prevailed in the lawsuit, Sasser ruled Dadurian should pay his attorney fees.

**Find this article at:**                                    Print this page     Close

http://www.palmbeachpost.com/news/trump-ordered-to-repay-club-deposit-to-ousted-1637478.html



# EXHIBIT EE



Mobile   Most Popular   Archives          News    Markets    Careers    Life & Style    Topics    TV    Research

Tiffany Leather Collection                    TIFFANY & CO.

Search

Home    Law firm | Lawyer    Business    Hot Issues    Law & Society    Topics

**LATEST NEWS**   ◀ ❚❚ ▶   Dow, S&P gain on euro zone hopes, Apple falls

# Trump University Faces More Scrutiny

Article        Comments 0

Enlarge Close

                    18    Share    5    Recommend   1        0    0

Print    Email    Order Reprints                    Text Size

May 23, 2011 1:35 PM EDT

Following a lawsuit filed a few months ago by a few unhappy students, Trump University, which offers real estate and entrepreneur courses, now faces an investigation by the New York Attorney General.

(Photo: Reuters / Joshua Roberts/Files)
Donald Trump speaks during the 38th annual Conservative Political Action Conference (CPAC) in Washington in this February

**Related Articles**

Obama's Mortgage Settlement Push Faces Resistance from Attorneys General

SolarCity Latest to See U.S. Loan Loss Post-Solyndra

Researchers Discover Mind-Reading Technique

**Related Topics**

California        New York
Management        Attorney General
Lawsuit           Donald Trump

**Subscribe to Realty&Investments**

Email        Sign Up

The latest home or commercial real estate news Sample

Trump University is one of several for-profit schools in the state under investigation, prompted by dozens of complaints from former students.

A few months ago a group of California students filed a lawsuit against the program, in which real estate mogul Donald Trump is the chairman of, alleging that the school was "like an infomercial" that uses the Trump name to attract students but doesn't deliver on its promises of success in real estate.

Trump University, which offers courses in real estate, asset management, and entrepreneurship, is a non-accredited program and does not offer degrees or college credits. It changed its name to the Trump Entrepreneur Initiative last year after the New York State Education Department said it could no longer use the term "university" without its approval.

**Like us on Facebook**    Like   20K   Send

About 11,000 students in Canada and the United States have taken paid courses through the program.

Source: "Trump's 'University' Targeted by NY Regulators," CNNMoney (May 20, 2011)

**Follow us on LinkedIn**   in LinkedIn

**News From Partners**

Also read: Toys R Us to Hire 40,000 for the Holidays

Also read: Was Dr. Oz's Apple Juice Arsenic 'Crisis' Just a Ratings Ploy?

Also read: The Next Big Threat to Your 401(k): A Tax Break Shake Up

**TOP STORIES** 1 of 3

Pakistan Foreign Minister Blasts U.S. for Haqqani Terror Link Accusations



ADVERTISE WITH US

**Follow Business & Law**

Facebook    Twitter    RSS

Email

MORE VIDEOS



This advertisement runs for 30 seconds

Latest
'One Million Moms' Want Ben & Jerry's to Put Away "Schweddy Balls" Indefinitely



Boeing 787 Dreamliner: The Groundbreaking New Plane

DJIA: Bankers Bracing for Greek Default, Emergency Funding Standoff

Gold and Silver Bounce off Overnight Lows



**New Policy In California**
discover the 1 car insurance trick your agent will never tell you...   Learn more



**E-Cigarette Revealed**
Don't buy until you read this 4 week study on the results of using the E-Cigarette to quit smoking.   Learn more

Buy a link here

**Popular Multimedia**                    More Multimedia



Finally Arrives    Continues in Congress, Obama Fundraising, Touting Jobs Bill

**Most Popular Posts**

Anonymous Claims to ID NY Cop Who Attacked Occupy Wall Street Protesters

Kodak Shares Plummet: Are Patent Values Discounted?

Five Bodies Found in Two Homes in Rural Indiana: Police

Verizon Joins Fight Against Apple on Samsung's Side

3 Men Land in Jail Under Dangerous Dogs Act



ADVERTISE WITH US

MORE VIDEOS

Latest

Star Wars Finally Released on Blu-ray: Fans Hate the New Changes and Jawas Take to

the Streets



Tiffany Leather Collection          TIFFANY & CO.

**E-Newsletters**

Enter Email          >

We value your privacy. Your email
address will not be shared.

**Home**

World
US
Economy
Companies
Tech
Science
Global Markets
Education
Real Estate
Forex
Commodities
Gold & Silver Matters

**More Sections**

Fashion
Auto
Travel
Health
Jobs
Law
Entertainment
Sports
Luxury
Art
Books
Tech & Trend

**Tools & Features**

Topics
Blogs
Market Data
Stock Watch List
Investment Calculator
Personal Loans
Financial Glossary
Broker Center
World Business Headlines

**Updates**

RSS Feeds
IBTimes on Twitter
IBTimes on Facebook
E-Newsletters

**Services**

Forex Newsfeed
Research
Press Release

**About IBTimes**

News Licensing
Media Kit
Advertise with Us
About IBTimes
Contact Us
Terms of Service
Privacy Policy

**US Edition**

© Copyright 2011 The International Business Times Inc. All Rights Reserved.

# EXHIBIT FF

# The Washington Post

Back to previous page

# Trump's school faces investigation; Clinton supports embassy arts

## By — Aaron Leitko, from staff, Web and wire reports, Published: May 20

**Trump's school under scrutiny**

The New York State attorney general's office is investigating whether **Donald Trump**'s for-profit business school, the Trump Entrepreneur Initiative (formerly known as Trump University), is engaging in illegal business practices, the New York Times reports. Trump's is not the only company coming under the microscope — the effort is part of a broader inquiry into for-profit education, which is also examining Career Education Corporation, Corinthian Colleges, Lincoln Educational Services, and Bridgepoint Education.

But the school — which is known to charge up to $35,000 a course — has its share of unsatisfied alums. Last year four former students sued the company in a federal court in California, seeking class-action status. New York and Maryland also forced Trump to drop the word "university" from its title, prompting the name change. In 2010, the Better Business Bureau gave it a D-minus, its second lowest score, after getting 23 complaints. That has to hurt.

Recently, the school has suspended new classes in order to revise its curriculum. What could bring academic integrity back to "Trump U"? More of the Donald, obviously. "The one thing is that they really wanted me involved, instead of the teachers," Trump said in an interview last week.

**Clinton is secretary of arts**

Secretary of State **Hillary Rodham Clinton** did a stop-and-speak at the National Gallery of Art on Thursday evening, delivering opening remarks for the annual FAPE dinner. Never heard of it? It's a nonprofit organization that tries to get works by American artists into U.S. embassies around the world.

The dinner was a multipurpose event — a schmooze-fest for art world bigwigs and wealthy donors (**Queen Noor**, actress **Anna Deveare Smith**, artist **Joel Shapiro** were there), an award presentation ceremony (philanthropist **Agnes Gund** received an award for furthering diplomacy through art) and an unveiling (a mock-up of a Martin Puryear sculpture that's supposed to stand near the U.S. Embassy in Beijing; it looked a like a giant iron jump rope).

Clinton — in a pantsuit, as per usual, but with a glittery gold jacket — gave a quickie speech on how artists are, you know, the real ambassadors. "You are engaging with citizens of other countries and you help us tell the story of America," she said. After posing for a few photo ops, she was out of there.

**In other news …**

Incarcerated: **Pete Doherty**, front man of the Libertines (they're like the Strokes, but British), will serve six months in prison for possession of cocaine, Reuters reports. The singer, 32, was arrested in January by police investigating the suspected overdose death of heiress **Robyn Whitehead**. This will be Doherty's third stint in the big house.

Born: A boy to "Inception" star **Marion Cotillard**, 35, and her partner, actor/director **Guillaume Canet**, 38, People reports. It's the first kid for the couple, who have been dating since 2007.

**— Aaron Leitko, from staff, Web and wire reports**

© The Washington Post Company

# EXHIBIT GG



2 of 100 DOCUMENTS

Copyright 2011 Cable News Network
All Rights Reserved.

CNN

**SHOW:** CNN NEWSROOM 12:00 PM EST

May 26, 2011 Thursday

**TRANSCRIPT:** 052604CN.V11

**SECTION:** NEWS; Domestic

**LENGTH:** 7541  words

**HEADLINE: 232 Unaccounted** for in **Joplin, Missouri; Trump School** Under **Scrutiny;** Inside Tellus Science Museum; Dr. Oz Hails New Yorkers A Cab; Talk Back Question; Sprucing Up To Sell Your Home; Family & Dog Reunite

**BYLINE:** Suzanne Malveaux, Brian Todd, Carol Costello, Allan Chernoff, Chad Myers, John King, Christine Romans, Randi Kaye

**GUESTS:** Aaron Cox, Sarah Cox, Tine Valencic, Dr. Mehmet Oz

**HIGHLIGHT:**

Two hundred and thirty-two people are **unaccounted** for in **Joplin, Missouri,** after a deadly tornado. Some students who have attended a Donald **Trump school** want their money back. A look inside the Tellus Science Museum in Cartersville, Georgia. The story of one man and one family's anguish over their missing son in **Joplin, Missouri.** They believe he was killed in the tornado, and now they are fighting simply to claim his body. Dr. Oz's show celebrates its move to Oprah's time slot. Today's "Talk Back" question. Tips for sprucing up to sell your home. A family and dog reunite after a tornado in Oklahoma.

**BODY:**

SUZANNE MALVEAUX, CNN ANCHOR: A tornado literally ripped his tractor trailer apart and he lived to tell about it. Jeremiah Morrison suffered just a broken shoulder. He was hauling a load of freight to Oklahoma City Tuesday night when he spotted the tornado. He shared his amazing survival story on CNN's Piers Morgan Tonight.

(VIDEO CLIP)

JEREMIAH MORRISON, TORNADO SURVIVOR: As it came towards me I saw it at a distance so I pulled my

232 Unaccounted for in Joplin, Missouri; Trump School Under Scrutiny; Inside Tellus Science Museum; Dr. Oz Hails New Yorkers A Cab; Talk Back Question; Sprucing Up To Sell Your Home; Family & Dog

truck over and I was getting ready to get in the ditch just because that's what I've always been taught to do. Kind of started to get out and looked up and it looked like the tornado kind of disappeared. So, I got back in the truck, trying to get my seatbelt buckled and about that time, I felt the driver's side of the truck come up off the ground. I closed my eyes, put my arms over my face and tossed around in the cab a little bit. I'm not real sure if I blacked out. I know that I was laying on the ground and picked myself and looked over and the truck was on its wheels and I ran around to see, I guess, kind of sort of assess the damage.

PIERS MORGAN, PIERS MORGAN TONIGHT, HOST: I mean, we're watching your pictures again. It's just absolutely extraordinary you survived this. As it was all going on and the tornado hit the truck, did you think that you -- you were going to die? How were you feeling at that moment?

MORRISON: Honestly, Sir, I'm one of the -- I believe very, very strongly that if it's you time to go it's your time to go and there's nothing you can do, so. I just pretty much held onto what I could and when I felt the truck go over, I don't know -- my words were here we go.

MORGAN: When you look at the video pictures of that tornado hitting your truck, can you quite believe what you're watching?

MORRISON: Actually, the first time that I saw it was when I -- after they had already taken me to the hospital, I was laying in the hospital bed and I was flipping through the channels because everybody was saying it was on and that particular video I said, that's not my truck, it ain't my truck and then a little bit later they showed really good clear pictures, that is my truck. So, I was -- yes, I was amazed.

(END VIDEO CLIP)

MALVEAUX: Top of the hour, I'm Suzanne Malveaux. I want to get you up to speed. We've received exclusive video just minutes after a deadly tornado ripped through **Joplin, Missouri.**

(VIDEO CLIP)

UNIDENTIFIED FEMALE: Oh, look at this, oh my gosh, oh my gosh, oh my gosh Aaron, oh my gosh.

A. COX: It went right through here.

UNIDENTIFIED FEMALE: I don't know where...

A. COX: I don't know where we are.

UNIDENTIFIED FEMALE: I don't know where anything -- I don't know -- I don't know where to go.

A. COX: We've got to keep going this way. Don't step on any of this. Come on, we've got to keep going this way.

UNIDENTIFIED FEMALE: I know but it -- I feel like I need to help if someone's hurt.

A. COX: Well, we'll keep asking. Look at this house. It's gone.

You guys OK?

UNIDENTIFIED MALE: Yes.

UNIDENTIFIED FEMALE: Oh, my gosh.

COX: Oh, my gosh.

232 Unaccounted for in Joplin, Missouri; Trump School Under Scrutiny; Inside Tellus Science Museum; Dr. Oz Hails New Yorkers A Cab; Talk Back Question; Sprucing Up To Sell Your Home; Family & Dog

(END VIDEO CLIP)

SUZANNE MALVEAUX, CNN ANCHOR: What you're watching is a firsthand account of not only damage and devastation, but also you can see and hear the panic search for loved ones. And what you're seeing is a man and his fiancee trying to reach the man's sister's home.

(BEGIN VIDEO CLIP)

UNIDENTIFIED FEMALE: I feel like I to need if someone's hurt.

COX: Well we'll keep asking. Look at this house. It's gone.

(END VIDEO CLIP)

MALVEAUX: Now, they weren't able to drive because these streets, as you are seeing, were blocked with debris.

(BEGIN VIDEO CLIP)

COX: Sarah, Mike! Sarah, Mike! UNIDENTIFIED FEMALE: Sarah, Mike! Mike, Sarah!

COX: I'm going do check the basement.

Sarah? Mike?

UNIDENTIFIED FEMALE: Mike? Sarah?

COX: You guys down here?

UNIDENTIFIED FEMALE: Mike?

COX: Sis?

(END VIDEO CLIP)

MALVEAUX: Well, the sister was in the house during the tornado and rode out that storm in the basement. Now, she was not hurt. She had gone to a family member's home. And I talked with her just last hour about the ordeal.

(BEGIN VIDEO CLIP)

SARAH COX, TORNADO SURVIVOR: I guess I kept thinking what it would have been like for my brothers had they not been able to find me, what it would have been like for them. And I'm glad they found me because I didn't want to do that to them.

(END VIDEO CLIP)

MALVEAUX: The latest now on the effort to find people still **unaccounted** for in **Joplin**.

Within just the past half-hour, authorities have now updated the figures. They now say that **232** people are **unaccounted** for.

Our CNN's Brian Todd, he is joining us from **Joplin**.

And first of all, Brian, explain to us about this number, because before authorities were saying it was something like 1,500. And now it's been dramatically lowered. How did that happen?

232 Unaccounted for in Joplin, Missouri; Trump School Under Scrutiny; Inside Tellus Science Museum; Dr. Oz Hails New Yorkers A Cab; Talk Back Question; Sprucing Up To Sell Your Home; Family & Dog

BRIAN TODD, CNN CORRESPONDENT: Well, Suzanne, it's been kind of a touch-and-go process as far as that particular number that was first floated out, 1,500. That was floated out by a local official a couple of days ago, and they really haven't done much to update that since then until just this morning.

And this is when, as you said, they released a list of **232** people for whom an official missing persons report has been filed. That's the big difference.

The 1,500 figure that was kind of floated out there -- which they have actually tried to dial back from since that was floated out there a couple of days ago -- one of the officials kind of clarified that. She said these were everything from someone saying that, "My uncle usually calls on Sunday and didn't call yesterday," reports like that, kind of unofficial, loose reports from people who were concerned. That's how they kind of arrived at that figure, and they were following up on all those leads.

For this particular figure, **232,** these are official missing persons reports that have been filed. But that still doesn't mean that that's the extent of the missing persons.

I mean, there are a lot of people still out there looking for their loved ones. They may not have actually come in and filed an official report yet.

Now, we did hear from Don Bloom. He is with the Federal Disaster Mortuary Operational Response Team. This is in reference to essentially why some people have not been allowed into this makeshift morgue that they have in this area to possibly identify their loved ones among the dead bodies in that morgue.

This is what he said about why families aren't necessarily allowed to gain access to that morgue right now.

(BEGIN VIDEO CLIP)

DON BLOOM, FEDERAL MORTUARY OPERATIONAL RESPONSE TEAM: We have to be 100 percent accurate. So, as much pressure is put on us to speed up the process, the process has to take its time. We have to be 100 percent accurate.

(END VIDEO CLIP)

TODD: Now, again, to clarify, **232** people have had official missing persons reports filed for them. That does include some of the people that they know are deceased.

A hundred and twenty-five is that number. There is overlap there. Among those deceased are some people who are still listed among the missing, Suzanne, so there is overlap there. And hopefully these numbers will be broken down even further later today.

MALVEAUX: Yes. There are a couple of points I just don't understand. I don't get this. And hopefully people are challenging those authorities.

I mean, first of all, to just float a number like 1,500 out there and say, oops, that's not our official number, to me it seems it would cause quite a bit of alarm and concern, when you have that high a number that people are not correcting, and certainly not correcting publicly. It's been out there for 48 hours.

Did anybody challenge them on that?

TODD: We've been challenging them on that since they floated out that number. And again, that number was kind of put out by one official, and a lot of people kind of clung to it, only because we weren't getting any updated numbers since that time. And even yesterday, when we pressed them on this, they didn't give an updated number. All they told me was at this news conference, when I asked them yesterday, is, "We're paring down that number of 1,500."

232 Unaccounted for in Joplin, Missouri; Trump School Under Scrutiny; Inside Tellus Science Museum; Dr. Oz Hails New Yorkers A Cab; Talk Back Question; Sprucing Up To Sell Your Home; Family & Dog

And then I asked, "Well, what's the number then?" And they couldn't give me the count then.

Now they're giving the count of **232** official missing persons reports. Again, a lot of those 1,500 were very loose accounts, people saying, "I'm worried about my brother, my sister, I haven't heard from them," but not an official report filed.

Again, so the number really could be between **232** and about 1,500, the actual number of people really missing.

MALVEAUX: And Brian, just to clarify, also, that official -- what was the reason that they're not actually able to identify the relatives, the bodies of the relatives in that morgue? I mean, what is holding up that process? I didn't even understand his response.

TODD: Well, they want to do this by kind of forensic analysis. They have taken DNA samples from family members. They've been doing that a lot over the past couple of days.

They want to do it via DNA, fingerprinting, establishment of certain marks on the body that are familiar, that are known to the family members. They want to do it that way, rather than having people come in and identify bodies.

There was a report very early on that one body was misidentified and taken to a funeral home. And that's been kind of the theory as to why they're pulling back and not letting people have access to the morgue.

They just feel that this is the best way to do it, this is the best way to get a completely accurate reading of who's deceased. And we're pressing them repeatedly -- why not just -- if you might have been able to match some characteristics, let someone come into the morgue and see if that's their loved one.

I mean, most of these people we've talked to out on the street here are prepared for the worst news, they're prepared to get that news that their loved one is deceased. They want to go into the morgues.

The officials just don't want to do it that way right now. They want to do it more scientifically, forensically, and that's why they're doing it this way.

MALVEAUX: OK. Well, Brian, thank you for pressing them and holding them accountable. And excellent reporting. Really appreciate it. Thanks, Brian.

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: Oh, my God! Back up! Oh, no.

(END VIDEO CLIP) MALVEAUX: Storm chasers capture shots of one of the tornadoes that ripped into Oklahoma on Tuesday. The National Weather Service now says at least seven tornadoes hit the state. Ten people were killed.

Tornadoes struck across a wide area of the country on Wednesday. At least two touched down in Chico in northern California. Dozens of people got hurt when tornadoes hit Tennessee, North Carolina, and Indiana. No deaths, fortunately, were reported.

Jared Lee Loughner, charged with killing six people during the January shooting rampage in Tucson, will not face trial anytime soon. A federal judge has ruled that Loughner is not mentally competent to stand trial.

He's going to be treated for paranoid schizophrenia at a federal mental facility in **Missouri.** And the judge will review Loughner's mental health in September.

Some of those wounded in the shooting did not question the decision.

232 Unaccounted for in Joplin, Missouri; Trump School Under Scrutiny; Inside Tellus Science Museum; Dr. Oz Hails New Yorkers A Cab; Talk Back Question; Sprucing Up To Sell Your Home; Family & Dog

(BEGIN VIDEO CLIP)

UNIDENTIFIED MALE: You don't have to be a professional psychiatrist to know that the boy is disturbed.

(END VIDEO CLIP)

MALVEAUX: The Tucson shooting wounded 13 people, including Congresswoman Gabrielle Giffords.

Well, an attorney for John Edwards is hinting that the former presidential candidate may take his chances at trial rather than accept a plea deal. Sources say that federal prosecutors want Edwards to admit that he used campaign funds to cover up an extramarital affair. If not, they are prepared to indict him.

But Edwards' lawyer issued this statement, saying, " John Edwards has done wrong in his life and he knows it better than anyone. But he did not break the law. The government's theory is wrong on the facts and wrong on the law. There is no civil or criminal precedent for such a prosecution."

NATO says seven soldiers were killed in southern Afghanistan today when a roadside bomb exploded. Officials have not announced the nationalities of those killed, but Americans make up the bulk of the NATO force.

Sixteen years on the run. Serbian police have war crimes suspect in Ratko Mladvic in custody today. He commanded the Serbian army during the Bosnian Civil War in the early 1990s. Prosecutors say he ordered the massacre of 8,000 Muslim men and boys after the fall of a Bosnian town in 1995.

Here's your chance to "Talk Back" on one of the stories that caught our attention. Today's question: Is college education worth it?

And we know, Carol, the stats now, $20,000 for a four-year public college. Right? Public institution.

CAROL COSTELLO, CNN CORRESPONDENT: Yes. And much, much more for a private institution.

MALVEAUX: Right.

COSTELLO: And let's say you go to Harvard or Princeton -- we won't even talk about that.

But now that the joy of your child's college graduation is over, you may be looking at a huge black hole in your bank account as your graduate sits home or looks for a job. Maybe you're suffering from buyer's remorse.

Well, listen to this. Peter Thiel, who made millions by founding PayPal and investing in startups like Facebook thinks you don't need college to succeed. So he's telling kids to drop out, at least for a couple of years.

Thiel's foundation is offering $100,000 fellowships to worthy kids who agree to leave college to start their own tech company. Thiel says college is overvalued.

(BEGIN VIDEO CLIP)

PETER THIEL, COFOUNDER, PAYPAL: People can normally get the loans to borrow, but then you have to pay them off for the rest of your life. And we just had this housing bubble where everyone said you had to have a house no matter what, housing was always good, it would always have value.

COSTELLO: Now we're saying that about college.

THIEL: And now we're saying that about education.

(END VIDEO CLIP)

232 Unaccounted for in Joplin, Missouri; Trump School Under Scrutiny; Inside Tellus Science Museum; Dr. Oz Hails New Yorkers A Cab; Talk Back Question; Sprucing Up To Sell Your Home; Family & Dog

COSTELLO: Yes, many of us are. Before you discount his idea, consider this: do we as a country push college on our kids even if they are not interested? After all, there are other kinds of jobs out there, good jobs that don't require a college degree, as in skilled labor.

But how many of you are willing to encourage your kid to become a welder? Not many, I'll bet.

A Deloitte Manufacturing Institute survey shows that only 30 percent of American parents said they'd encourage their kids to learn a trade.

So, today's "Talk Back": Is a college education worth it?

Facebook.com/CarolCNN. I'll read some of your comments later this hour.

MALVEAUX: You mentioned Harvard. The good thing about that, it's total financial aid, total need-based. So, if you need the money, you get the money.

COSTELLO: Yes, but if you happen to be a member of the middle class and your parents make just over -- then you're in trouble.

MALVEAUX: Then you're in trouble, yes. Financial aid, it's hard to get.

COSTELLO: It takes a lot of time.

MALVEAUX: OK.

COSTELLO: And know-how.

MALVEAUX: Yes. Thank you, Carol.

COSTELLO: Sure.

MALVEAUX: Here's a look at what's ahead "On the Rundown" this hour.

First, students are complaining about a **school** run by Donald **Trump**. Now New York's state attorney general is taking a look.

And Dr. Oz is joining us live. We're going to ask him about a new survey that suggests an alarming number of young people have high blood pressure. And, of course, we're going to chat about Oprah Winfrey's final show.

Then, the spring real estate season, it is here. We're going to show you how to increase your home's curb appeal.

And a place 45 minutes from downtown Atlanta takes you millions of years away. We're going to tour and tell you about a science museum.

Finally, the Nationally Geography Bee winner, he's going to join us. We're going to put him through the test. You won't believe how hard these questions are.

MALVEAUX: So Donald **Trump**, he says that can he make you as rich as he is. All you need to do is sign up at his university. Right? But some students claim his **school** is anything but, and they want their money back.

Allan Chernoff reports New York's attorney general is now investigating.

(BEGIN VIDEOTAPE)

232 Unaccounted for in Joplin, Missouri; Trump School Under Scrutiny; Inside Tellus Science Museum; Dr. Oz Hails New Yorkers A Cab; Talk Back Question; Sprucing Up To Sell Your Home; Family & Dog

DONALD **TRUMP**, ENTREPRENEUR: At **Trump** University we teach success. That's what it's all about, success. It's going to happen to you.

CARMEN MENDEZ, FORMER **TRUMP** UNIVERSITY STUDENT: I didn't realize at that time --

ALLAN CHERNOFF, CNN SR. CORRESPONDENT (voice-over): It did not happen to Carmen Mendez, a former **school** teacher who sank $35,000 into the **Trump** Gold Elite Program at **Trump** University.

Mendez put the expense on three credit cards, expecting **Trump's** Profit From Real Estate Investing course would make her rich.

MENDEZ: I thought that I'm going to be a millionaire because Donald **Trump** is a millionaire. And they were offering the course for people to get rich.

CHERNOFF: This is the closest Mendez got to **Trump** during the course, a picture of her with a picture of Donald **Trump**. The three-day course she claims was worth little and her personal mentor, she says, never even met with her.

MENDEZ: Not only me. A lot of people were cheated from their money because you offer something and you don't deliver, so you are stealing. That's the word, you're stealing from people.

CHERNOFF: Mendez complained to the Better Business Bureau, which last year gave **Trump** University a grade of D minus, one step above an F.

(on camera): Other students have also complained, which is why New York's attorney general is now investigating the **Trump school** for possible consumer fraud and deceptive business practices according to a source with knowledge of the investigation.

(voice-over): Last year Donald **Trump** got into trouble with New York's Education Department, which wrote him, the use of the word "university" by your corporation is misleading and violates New York State education law.

**Trump** University is now **Trump** Entrepreneur Initiative. In a statement the **Trump** Initiative told CNN of the hundreds of students that took our classes in New York, 95 percent of them evaluated the course as excellent and our national average is even higher. We look forward to cooperating with the inquiry.

CHERNOFF: Ms. Mendez says she wants her money back. The **Trump** organization showed CNN an e-mail to Ms. Mendez from December that offers her just that. She claims she never saw the e-mail. The **Trump** Organization says the offer still stands.

Allan Chernoff, CNN, New York.

(END VIDEOTAPE)

MALVEAUX: We're going to meet the winner of this year's geography bee in just a few minutes. He's only 13 years old. And we want to see how you do with another question. What country has the most time zones?

Here are the choices: United States, Canada, Russia, or China? We're going to have the answer in just a moment.

MALVEAUX: So I asked you which country has the most time zones. It is not the United States, which ties Canada with six. It's actually Russia, which has nine. China, believe it or not, has only one for the whole country.

Well, we're all going to get a lesson in geography in just a couple of minutes from a 13-year-old. He is the new National Geographic Bee champion.

232 Unaccounted for in Joplin, Missouri; Trump School Under Scrutiny; Inside Tellus Science Museum; Dr. Oz Hails New Yorkers A Cab; Talk Back Question; Sprucing Up To Sell Your Home; Family & Dog

Well, CNN's reporters, anchors, producers, we always have our bags packed. Right? And we've got the inside scoop on some of the best restaurants, hotels, travel spots around the world.

Well, our CNN meteorologist Chad Myers, he takes us inside his favorite science museum.

(BEGIN VIDEOTAPE)

CHAD MYERS, AMS METEOROLOGIST: I'm Chad Myers, and I have a 6-year- old. And he's little, and little people like big things.

And I come here to the Tellus Science Museum in Georgia, not that far from Atlanta, to find big things -- big dinosaurs, big trucks, big airplanes. And we'll show you what you're going to see.

And by car, literally a 45-minute ride from downtown Atlanta will take you millions of years away. It might even scare you a little bit, too.

You have no idea what you're going to get around any corner, from a giant American mastodon, to the mouth of a shark that ate whales the size of a bus. And, OK, some things here are just for fun. But think about that shark taking a bite out of this tire.

OK, so maybe that truck doesn't get very good gas mileage. Like maybe one mile per gallon. But here at Tellus they do make their own power. And, in fact, of course it would have to be big!

OK, so I admit, not everything has to be big to be cool, like the inside of a cockpit of an airplane. Or, for this, an entire helicopter sitting right here that you can even look at the engine. And something that I thought was really big when I was a kid, Sputnik, that satellite? It's actually not much bigger than a beach ball.

Chad Myers, CNN, Cartersville, Georgia.

(END VIDEOTAPE)

MALVEAUX: Here's a rundown on some of the stories we're working on.

A family rushes to safety before a tornado trashes their home, but they couldn't grab the dog in time. But don't worry, the story does have a happy ending.

We're going to talk live with heart surgeon and talk show host Dr. Oz.

And at 12:35 Eastern, we're going to challenge this year's National Geography Bee winner.

And authorities responding to the growing frustration over the number of people who are still missing from the tornado that hit **Joplin, Missouri.** Within the past hour, public safety officials released a dramatically new figure.

Authorities say that it was **232** people who are missing, and that is based on actual missing persons reports that have been filed. That number before was somewhere in the range of 1,500.

Well, from the tornado in **Joplin,** the story of one man and one family's anguish over their missing son. They believe he was killed in the tornado, and now they are fighting simply to claim his body.

They told their story to CNN's John King.

(BEGIN VIDEOTAPE)

TAMMY NIEDERHELMAN, FEARS SON ZACH IS DEAD: I understand this is a federal disaster. But you know

232 Unaccounted for in Joplin, Missouri; Trump School Under Scrutiny; Inside Tellus Science Museum; Dr. Oz Hails
New Yorkers A Cab; Talk Back Question; Sprucing Up To Sell Your Home; Family & Dog

what? You're messing with a whole lot of families right now. I know my son is gone.

TONY NIEDERHELMAN, FEARS SON ZACH IS DEAD: Our son, he's sitting here watching TV and stuff. My wife called him, told him to go to the bathroom, because the storm was coming in.

After everything was over, I woke up, and I was sitting in my pickup truck in the front yard. And I had no idea how I got there.

And, you know, I kind of tried to pull myself together and remember we're trying to look for our son. And I don't remember seeing him at all.

One of the neighbors come up to us yesterday when we were over at the house trying to collect memorabilia, or whatever, and he told me that, you know, I was standing over his body when he found me, and he made sure I got to the hospital. And it wasn't 20 minutes after the storm was over that he said that, you know, our son got taken away by ambulance.

TAMMY NIEDERHELMAN: My 12-year-old son needs to be laid to rest.

UNIDENTIFIED MALE: I understand. I understand exactly. But if you'd like to come in, we'll be glad to --

(CROSSTALK)

UNIDENTIFIED MALE: There's other grieving family members in here who don't want --

JOHN KING, HOST, "JOHN KING USA": What do you think is happening in there?

TONY NIEDERHELMAN: I don't really know what's happening. I think, you know, it's nobody is -- has been prepared for anything like this or nobody knows what's going on. KING: To a degree, that's understandable, that it's hard to everybody at a time like this. But you've been here once, twice, already filled out paperwork.

TONY NIEDERHELMAN: We've been here -- we came here Monday, Tuesday, Wednesday.

UNIDENTIFIED FEMALE: Can you sign in for me? We'll send you upstairs where they can --

TAMMY NIEDERHELMAN: Where they can tell me the same thing they've been telling me.

UNIDENTIFIED FEMALE: The process has changed.

TONY NIEDERHELMAN: The last count I had is 122 bodies. On Monday, they had 30. You know, I can't understand why the coroner's office cannot have, you know, maybe half of them processed and back with your loved ones, then you get closure.

TAMMY NIEDERHELMAN: So, we know that he was deceased. There was no doubt when they put him in that ambulance, you know? It's just a matter of getting somebody to actually, you know, it's like nobody has any heart around here.

TONY NIEDERHELMAN: You know, you come over here and, I mean, we want to get closure and be able to get on with our life. But we can't because we're getting jerked around over here by, I mean, these people that we feel have no compassion.

(END VIDEOTAPE)

MALVEAUX: The parents were told it could be as long as two weeks before they get some resolution. And we're going to stay in touch with the family. We wish them the very best in moving forward. And obviously we offer them

232 Unaccounted for in Joplin, Missouri; Trump School Under Scrutiny; Inside Tellus Science Museum; Dr. Oz Hails New Yorkers A Cab; Talk Back Question; Sprucing Up To Sell Your Home; Family & Dog

our condolences.

Well, We keep getting remarkable survival stories from tornado victims in **Joplin, Missouri.** I want you to take a look at this exclusive video.

(BEGIN VIDEO CLIP)

A. COX: Sarah! Sarah, Mike! Sarah, Mike!

UNIDENTIFIED FEMALE: Sarah, Mike! Mike, Sarah!

A. COX: UNIDETIFIED MALE: I'm going to check the basement.

(END VIDEO CLIP)

MALVEAUX: That is CNN iReporter Aaron Cox and his fiancee frantically searching for his sister Sarah and her fiance, Mike. This is just after the tornado hit. And we are relieved to report that Aaron found his sister. And I spoke with both of them just in the past hour.

(BEGIN VIDEO CLIP)

AARON COX, CNN IREPORTER: We didn't know how bad it was when we first left the house. Where I was staying with my parents, it wasn't that bad. Just a few overturned trees. So, I took the camera just to see what we could see.

But the farther we got into the city, the worse and worse it got. So, by the time we had to leave the car because of all the debris and get moving, you realized it was really bad. So, I just kind of had the camera still running at the time, and so it just kind of captured it all.

MALVEAUX: What goes through your head or through your heart when you see that chilling video of your brother searching for you?

SARAH COX, TORNADO SURVIVOR: It just -- I guess I kept thinking what it would have been like for my brothers had they not been able to find me. You know, what it would have been like for them. And I'm glad they found me because I didn't want to do that to them.

MALVEAUX: Aaron, when you were looking for Sara, she had already left the house? Is that right?

A. COX: Yes. By the time we finally got in there, it took us a while to finally get to the house. We didn't know where we were. Everything was so destroyed. We had to go around to the back of the house because of that fire across the street. So, by the time we finally got in there and searched around, they had just left. And so we had heard that they had a triage unit at the Walgreen's down the street so we went there looking for them. Then pretty much just started meandering through town, trying to get cell coverage or trying to find them.

(END VIDEO CLIP)

MALVEAUX: Thirteen-year-old from Texas is the winner of the National Geographic Bee. We're going to meet him in just a moment.

But first, want you to see how you do with a question that actually won him the championship. So, here it is: the southern part of Mount Everest is located in which Nepalese national park? We're going to give you a minute to think about that one.

232 Unaccounted for in Joplin, Missouri; Trump School Under Scrutiny; Inside Tellus Science Museum; Dr. Oz Hails New Yorkers A Cab; Talk Back Question; Sprucing Up To Sell Your Home; Family & Dog

(BEGIN VIDEO CLIP)

TINE VALENCIC, WINNER, 2011 NATIONAL GEOGRAPHIC BEE: If I had a ticket to go anywhere in the world, I would go to the French overseas department of (INAUDIBLE) to see the Piton De La Fournaise volcano.

My favorite geography fact is that Cape 2 is the only 8,000-meter mountain that has never been climbed in winter. It's cold here. It doesn't get this cold in Texas.

You see this interface cable? I just plug it in right back here, and now I just get the information.

(END VIDEO CLIP)

MALVEAUX: He's got a great sense of humor. That is Tine Valencic, and he is the winner of the National Geographic Bee and the video he made for the folks at National Geographic you just saw.

Well, before the break I gave you the question that won him the $25,000 scholarship trip to the Galapagos Islands. The southern part of Mount Everest is located in which Nepalese national park? The answer? Of course we all knew this one -- right? Sagarmatha National Park.

OK. Tine, I didn't really know the answer to that. I'm glad you're with us! Congratulations. How you doing?

VALENCIC: Good. And you?

MALVEAUX: I'm good. I'm good. You must be very proud, as well as your parents and all those at Texas's Collieville Middle **School.**

I understand you sailed through this. Like the first part, there were 119 questions. What was it like to be out what? 5 million fourth - eighth-graders?

VALENCIC: Backstage, before the finals, I was very nervous. But then after I had my first few questions answered correctly, I just settled down and began to focus on each question one at a time.

MALVEAUX: Did you ever think you were going to win?

VALENCIC: At the start of the finals, I didn't think that I would a win. But once I had gotten down to three or four of us left, I started thinking that maybe, just maybe, I had a chance.

MALVEAUX: You had a great chance! I mean, this is pretty extraordinary. When did you first start learning about geography? When did you become interested in this?

VALENCIC: I got my first atlas when I was in kindergarten, and I was intrigued by the lines and colors on the maps. And I decided to start studying.

MALVEUAX: Now, I -

VALENCIC: So, I started studying seriously in the middle of fifth grade because I had won my **school** bee and I wanted to do well in the Texas State Bee.

MALVEAUX: You've done really, really well. How did you and your mom prepare for this big event here?

VALENCIC: My parents and I, we found an Internet source that contains information about all 192 countries. And then I also looked for more information about each fact listed on this Internet source.

MALVEAUX: How long did it take you? You've been studying for years?

232 Unaccounted for in Joplin, Missouri; Trump School Under Scrutiny; Inside Tellus Science Museum; Dr. Oz Hails New Yorkers A Cab; Talk Back Question; Sprucing Up To Sell Your Home; Family & Dog

VALENCIC: Yes. I also made it to last year's bee -- national bee, also. I fell out in the preliminary round. So, I've been studying intensely for about two years.

MALVEAUX: What was that like? I saw you crying there. You were very emotional.

VALENCIC: Yes. I put so much time into this, and to finally win it, it is a great feeling.

MALVEAUX: Well, we want to show our viewers what you're made of. We're going to give you a couple questions. Is that OK, Tine?

VALENCIC: OK.

MALVEAUX: A lot of these actually stumped us. OK. So, the first question -- where is Waterloo, site of Napoleon's famous defeat? Is it Netherlands, Belgium, France or Sweden?

VALENCIC: It's in Belgium.

MALVEAUX: Correct. You got it right. All right.

Second question -- 1 for 1 -- what is the world's southern-most national capital? Is it Wellington, New Zealand; it is Canberra, Australia; Santiago, Chile; or Buenos Aires, Argentina?

VALENCIC: It is Wellington, New Zealand.

MALVEAUX: Ah, let me check. Do we - you're right. You're absolutely right! See, I've got to check the answer myself.

OK, third question. Which continent contains the largest number of landlocked countries? South America, Australia, Africa or Europe?

VALENCIC: Africa.

MALVEAUX: Africa! Three for three. All right. Tine, you're awesome. I mean, we got - I got maybe one out of three on our staff, our team here.

But congratulations again. I understand you have, like, a $25,000 college scholarship. A lifetime membership to National Geographic Society and your trip. Where are you headed?

VALENCIC: I'm going to the Galapagos Islands.

MALVEAUX: Galapagos Islands. Any interesting tidbits about the islands you can share with us?

VALENCIC: Actually, on his voyage aboard the HMS Beagle, Charles Darwin formulated his theory of evolution there. And there are many diverse flora and fauna which are endemic to the islands.

MALVEAUX: Wow! That sounds really cool! I did not know about that. Tine, thank you again and congratulations. We wish you the very best.

VALENCIC: Thank you.

MALVEAUX: Okay, thanks. I did not know that.

Well, what was it like for a friend and a colleague to see Oprah Winfrey say good-bye? We're going to find out next from Dr. Oz.

232 Unaccounted for in Joplin, Missouri; Trump School Under Scrutiny; Inside Tellus Science Museum; Dr. Oz Hails New Yorkers A Cab; Talk Back Question; Sprucing Up To Sell Your Home; Family & Dog

MALVEAUX: He's a heart surgeon, an author, an Emmy winner. Oprah Winfrey's viewers got to know him as Dr. Oz. He's since moved on to his own show out of New York, and that is where we find Dr. Oz today who joins us this afternoon. Thank you so much for being here with us. Really good to see you.

DR. MEHMET OZ, TV TALK SHOW HOST: Great to be on here, Suzanne.

MALVEAUX: You became a household name when you started doing regular house calls on Oprah seven years ago. She's just wrapped up her show. I'm a big Oprah fan. Tell us what it was like, you know, to know her, to work with her.

DR. OZ: Well, I always kid folks that I attended Oprah University for about eight years, which is as much time as I spent in med **school** and college put together.

Very earnest, very authentic person. She taught me to put the audience first. And her passion, which I think came to very nicely this week in her last show was to make sure you realize that there was no place for shame. That you could be the real force in your life, you can make life better for yourself by just showing up in your own life.

I think my mantra on our show has been the exact same thing. As you know, we're taking over her spot in most of the country now that she's going off the air. It is the exact same mission that we tried to achieve for her. I promised her we'd make her proud. And Oprah, I mean it.

MALVEAUX: Well, we hope she's watching.

Now, I understand today, 4:00 to 6:00 this afternoon, you're offering free cab rides, right, for stressed out New Yorkers and free blood pressure screenings? Can you tell us a little bit about this?

DR. OZ: Well, part of the reason we're doing it in rush hour traffic is because we know how stressful that can be for New Yorkers. And I think it is really a metaphor for the rest of the country. We want to meet people where they are in their lives. Since we're making the move to 4:00, the Oprah slot in most of the country, we thought we'd celebrate it by coming to you at a stressful time, and we'll check your blood pressure.

Now, the cab rides are free, in case everyone's wondering. Blood pressure measurements are invaluable. They're free, too, obviously. But when you know your blood pressure number, which is truly the silent killer we have not paid attention to in America, the number one cause of aging in this country, you can do dramatic things to improve it. And we'll educate you in your cab ride so you'll be a lot smarter when you get out of the cab.

MALVEAUX: Yes, it's always pretty stressful, those cab rides in New York. But more seriously, there is a new study we know is out that says young people now, 24 to 32, have high blood pressure, and it is almost five times higher than originally thought.

What is happening? Why is that happening and why is it so dangerous?

DR. OZ: Well, Suzanne, let me blow your mind. I'm a heart surgeon, as you know. I still operate. And I've begun taking care of 25-year-old people who have blocked arteries. Now how could that be?

The reason is because we have so much childhood obesity in this country dramatically increasing much faster than it is in the adult population. And these kids, when they have a lot of belly fat in particular, it squeezes their kidneys, which causes high blood pressure. I mean we're talking about these cabs today. It also poisons the kid's livers, which is leading to high cholesterol numbers. And it blocks their insulin so they get diabetes.

So the belly fat that kids in America today are experiencing in unimaginable numbers are leading to early disease detection and, in my case, coronary disease, but strokes, kidney failure and the like. And that all is happening because of the blood pressure that you identified.

232 Unaccounted for in Joplin, Missouri; Trump School Under Scrutiny; Inside Tellus Science Museum; Dr. Oz Hails New Yorkers A Cab; Talk Back Question; Sprucing Up To Sell Your Home; Family & Dog

MALVEAUX: What should you do? How can you protect yourself from something like that happening or getting out of control?

OZ: Well, the first thing for kids to do is to recognize that they cannot control what's going on inside their bodies, they'll never control what's happening in the world outside of them. And when kids and I -- I mean we have a program called Health Corps we take into **schools** to try to educate kids about their bodies. It's the number one focus. It's not about weight loss, it's about mental resilience. Once you appreciate that, you recognize two important factors. One, if you cut out the white foods -- white sugar, white rice, white pasta, those white foods -- those sugars are converted by your liver into fat, which is the main reason we've gained obesity in this country.

And the second thing you absolutely have to do is stay active. Kids historically were very active. Suzanne, let me ask you question. Did you walk to **school** as a kid?

MALVEAUX: Well, I took the bus, but I was involved in a lot of activities after **school.**

OZ: That's all right, not everyone walked, but about 60 percent of our generation walk to **school.** Today, 10 percent of kids walk to **school.**

MALVEAUX: Wow. OZ: That dramatic shift in the most basic thing you do in the morning when you get up, which is you go to **school,** is reflected on what's going on in our **schools** at every different (ph) level. Physical activity often isn't reimbursed in **schools, therefore schools** don't afford them to kids anymore. If you don't make the varsity team, you're not going to be playing sports. But kids can beat the path to health, because they are the activists. Although we see them as our Achilles tendon, they actually are the strength of our society. They're the future and they always will be.

MALVEAUX: All right. Well, Dr. Oz, we'll be watching for you in your new time slot. It's big shoes to fill but, as always, we enjoy watching you, so we will stay tuned. Thank you very much for your advice.

OZ: Thank you.

MALVEAUX: We're getting a lot of responses to today's "Talk Back" question. We asked, is a college education worth it? Well, Cacee (ph) says, "I am still in college and I have found that through the networking it is totally worth it. Then again, I haven't started paying back my loans." Carol Costello is next with your responses.

MALVEAUX: Studies show that students pay an average of more than $20,000 total to attend a four-year college now. And it brings to us today's "Talk Back" question with Carol Costello with your responses.

Hey, Carol.

CAROL COSTELLO, CNN CORRESPONDENT: Yes, I mean is a college education worth it? A lot of talk surrounding that question these days.

This from Randy. "Good luck finding a decent job with just a high **school** education. Oh, wait, good luck finding a decent job to begin with."

This from Jennifer. "I got a bachelor's degree in design and couldn't find work for a year. I finally looked for work in software QA testing, which is what I had 5 years experience in and no degree and found a job right away. Experience in any field pays off way more than a degree."

This from Richard. "College is worth it if the career you want requires a college degree to succeed in it. But there's no reason not to also learn a trade as a fallback. Make yourself recession proof."

And this from Joanne. "I'm not sure anymore. I spent $50k and four years and make only a hair more than what I

232 Unaccounted for in Joplin, Missouri; Trump School Under Scrutiny; Inside Tellus Science Museum; Dr. Oz Hails New Yorkers A Cab; Talk Back Question; Sprucing Up To Sell Your Home; Family & Dog

was making before college. Kinda feelin' screwed here."

Keep the conversation going, facebook.com/carolcnn. And thanks, as always, for your comments.

MALVEAUX: Thank you, Carol. COSTELLO: Sure.

MALVEAUX: Well, this is a spring selling season for real estate, but it is raining foreclosures. That, of course, is driving down home prices. So, if you're trying to sell your house, our Christine Romans, author of "Smart Is The New Rich," she's got some advice on how to spruce it up.

(BEGIN VIDEOTAPE)

STEPHEN SAINT ONGE, HOME AND STYLE DESIGNER: Now, when I drive up to this house, it's a great, classic American house, but it needs some attention. Obviously the garage is, you know, chipping and needs to be painted. Putting, you know, scraping and putting a fresh coat of paint will really help out with that. Plantings, cleaning out the leaves. You know, getting a leaf blower and blowing all this out. Cleaning out these flower beds. And just cleaning it up with mulch and some simple flow plantings is not going to cost a lot of money, but that focal point of drawing you into the house is really going to be key.

CHRISTINE ROMANS, AUTHOR, "SMART IS THE NEW RICH": Forget that old adage its what's on the inside that counts. In real estate, it's what's on the outside.

SAINT ONGE: You've got a great backyard.

ROMANS: Home and style designer and author of "No Place Light Home, Stephen Saint Onge helps homeowners who want to sell. He helps them redesign the inside and outside in a buyer's market.

SAINT ONGE: People tend to notice is, they notice the things that are not quite nice -- as nice looking. Like maybe it's a plant that's dying or something like that. So I would just get a nice, new plant. A flowering plant. And maybe stagger a few out here.

ROMANS: Plants won't break the bank, but a lot of sellers assume they need to make big, expensive renovations to sell their home. In fact, a quarterly report on remodels released by Harvard University projects annual growth in remodeling this year at only 0.2 percent. But the returns on some home improvements can be worth the invest.

ROMANS (on camera): The best returns on your renovation dollars are things like outdoor improvements. The front door, for example. Let's say buying and installing a fiberglass front door. It will costs you about $1,000. You'll get back 60 percent when you sell. Sixty percent of money. Make it a steel front door, you get back more, 102 percent of your money. A new garage door, you'll get back nearly 84 percent of your money. And a new wood deck? That recoups about 73 percent. All good investments.

ROMANS (voice-over): And if you can't afford any of these things, small outside touches still matter.

SAINT ONGE: So outside your house my first impression driving up, you're in a neighborhood, so obviously people are going to come here, they're going to see front lawn. So you know cleaning up a lawn is always key before a showing.

ROMANS: Christine Romans, CNN, New York.

(END VIDEOTAPE)

MALVEAUX: A missing loved one found in tornado trash in Piedmont, Oklahoma, today. Her name is Roxy. And you're going to watch this moment when the missing pooch and the word family are reunited. CNN's Ed Lavandera has

232 Unaccounted for in Joplin, Missouri; Trump School Under Scrutiny; Inside Tellus Science Museum; Dr. Oz Hails New Yorkers A Cab; Talk Back Question; Sprucing Up To Sell Your Home; Family & Dog

the story.

(BEGIN VIDEOTAPE)

FRANK WOOD, TORNADO SURVIVOR: Get into the basement.

ED LAVANDERA, CNN CORRESPONDENT (voice-over): These are the frantic moments --

WOODS: It's coming right over us. We're right in its path.

LAVANDERA: Just before Frank Wood scrambled up the stairs to his balcony and saw the tornadic beat for the first time, starring him straight in the eyes.

F. WOOD: (INAUDIBLE) and it's moving fast. It's huge!

LAVANDERA: Wood rushed his children down into the garage and locked themselves in a rock-solid reinforced safe room, but they couldn't grab the family's dog in time. A boxer named Roxy.

WOODS: She was basically just staring at me and I'm just trying -- I'm trying to get her to come in. And Davis (ph) just basically said, you've got to shut the door.

VINCENT WOOD, TORNADO SURVIVOR: I thought she was just going to get sucked up by the tornado.

LAVANDERA (on camera): So it was kind of heartbreaking to close that door and leave her outside?

V. WOOD: Yes.

LAVANDERA (voice-over): Time had run out.

F. WOOD: In fact, go. We gotta get it now.

LAVANDERA: Moments later, the tornado strikes the Wood's home.

F. WOOD: Here's the safe room.

LAVANDERA (on camera): That's a good thing to have.

F. WOOD: That's a very (INAUDIBLE).

LAVANDERA (voice-over): (INAUDIBLE) before the tornado. Three stories tall, overlooking 12 green acres.

LAVANDERA (on camera): When you look at this house, it's amazing to think that it was once a three-story house.

LAVANDERA (voice-over): The tornado shredded the top two stories. Frank Wood's pickup truck was thrown almost 300 yards into a ditch. But Roxy is nowhere to be found. And eight-year-old Paisley Wood (ph) is devastated. We climbed through the rubble to find the sky is the ceiling. Frank Wood hunting for anything that might bring a smile to his daughter's face.

F. WOOD: This is her teddy bear she got when she had her appendix out about three months ago at Children's Hospital.

LAVANDERA: But Paisley can't stop thinking about her dog.

(INAUDIBLE).

232 Unaccounted for in Joplin, Missouri; Trump School Under Scrutiny; Inside Tellus Science Museum; Dr. Oz Hails New Yorkers A Cab; Talk Back Question; Sprucing Up To Sell Your Home; Family & Dog

LAVANDERA: Then a phone call one day after the storm and almost two miles away from the Wood's home, David Franco, an oil rig worker, sees a dog walking around his worksite.

DAVID FRANCO, CHESAPEAKE ENERGY: As soon as I saw her, I knew -- I knew she belonged to somebody who maybe their house got destroyed.

LAVANDERA: Paisley and her family jump in their truck and race to see if it's true, that their dog had somehow managed to escape the tornado's grip. Then the moment they've been hoping for.

F. WOOD: There she's coming right now.

PAISLEY WOOD, TORNADO SURVIVOR: Roxy!

LAVANDERA: It is Roxy.

(INAUDIBLE)

F. WOOD: Bless her little heart.

LAVANDERA: Ed Lavandera, CNN, Piedmont, Oklahoma.

(END VIDEOTAPE)

MALVEAUX: Good for them.

Find out more on how you can help those devastated by the tornadoes, go to cnn.com/impact. There you're going to find all the groups, organizations and ways that you can help those who are in need at cnn.com/impact.

CNN NEWSROOM continues right now with Randi Kaye, who's in for Ali Velshi.

Hey, Randi.

**LOAD-DATE:** May 27, 2011