Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

9th Circuit Case Number(s): 11-55016

Case Name: Tarla Makaeff v. Trump University, LLC

The Clerk will enter my appearance as counsel on behalf of: Tarla Makaeff, Individually and on Behalf of All Others Similarly Situated,

☒ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Appellant/Cross-Appellee
☐ Appellee   ☐ Respondent ☐ Intervenor     ☐ Appellee/Cross-Appellant

☐ Check if you are lead counsel. Lead counsel must be designated if a party is represented by more than one attorney or law firm.

☐ Re-Assignment. (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm). Enter name of counsel you are replacing below.

I am replacing (name of counsel):

Signature (use "s/" format): s/Thomas R. Merrick    Date: 10/19/2011

Name: Thomas R. Merrick

Address: Robbins Geller Rudman & Dowd LLP, 655 West Broadway, Suite 1900

City: San Diego    State: CA    Zip Code: 92101

Phone Number (including area code): (619) 231-1058

## DECLARATION OF SERVICE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. I hereby certify that on October 19, 2011, I electronically filed the foregoing document: NOTICE OF APPEARANCE OF THOMAS R. MERRICK with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

3. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 19, 2011, at San Diego, California.

s/ Thomas R. Merrick
THOMAS R. MERRICK

659690_1

Service List
United States District Court for the Southern District of California, No. 10-cv-00940-IEG-WVG;
U.S. Court of Appeals for the Ninth Circuit, No. 11-55016

|  | ECF Filing Status |
|---|---|
| Amanda M. Frame<br>Robbins Geller Rudman & Dowd LLP<br>Suite 1900<br>655 West Broadway<br>San Diego, CA 92101-8498<br>aframe@rgrdlaw.com<br>Phone: 619/231/1058<br>619-231-7423 (fax) | Active |
| Amber Eck<br>Zeldes & Haeggquist, LLP<br>625 Broadway<br>Suite 906<br>San Diego, CA 92101<br>Ambere@zhlaw.com<br>Phone: 619/342-8000<br>619/342-7878 (fax) | Active |
| Christopher M. Burke<br>Scott & Scott LLP<br>Suite 1000<br>707 Broadway<br>San Diego, CA 92101<br>cburke@scott-scott.com<br>Phone: 619/233-4565<br>619/233-0508 (fax) | Active |
| David Keith Schneider<br>Yunker & Schneider<br>Suite 1400<br>655 W Broadway<br>San Diego, CA 92101<br>dks@yslaw.com<br>Phone: 619/233-5500<br>619/233-5535 (fax) | Active |
| Eric Alan Isaacson<br>Robbins Geller Rudman & Dowd LLP<br>Suite 1900<br>655 West Broadway<br>San Diego, CA 92101-8498<br>erici@rgrdlaw.com<br>Phone: 619/231/1058<br>619-231-7423 (fax) | Active |
| Jill Ann Martin<br>c/o Trump National Golf Club<br>One Ocean Trails Dr.<br>Rancho Palos Verdes, CA 90275<br>jmartin@trumpnational.com<br>Phone: 310/303-3225<br>310/265-5522 (fax) | Active |

- 2 -

| | |
|---|---|
| John David Blair-Loy<br>ACLU Foundation of San Diego and Imperial Counties<br>P.O. Box 87131<br>San Diego, CA 92138<br>dblairloy@aclusandiego.org<br>Phone: 619/232-2121 | Active |
| Rachel L. Jensen<br>Robbins Geller Rudman & Dowd LLP<br>Suite 1900<br>655 West Broadway<br>San Diego, CA 92101-8498<br>rachelj@rgrdlaw.com<br>Phone: 619/231/1058<br>619-231-7423 (fax) | Active |