FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 25 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TARLA MAKAEFF, on behalf of herself and all others similarly situated,<br><br>   Plaintiff-counter-defendant - Appellant,<br><br> v.<br><br>TRUMP UNIVERSITY, LLC, a New York limited liability company, AKA Trump Entrepreneur Initiative,<br><br>   Defendant-counter-claimant - Appellee. | No. 11-55016<br><br>D.C. No. 3:10-cv-00940-IEG-WVG<br>Southern District of California, San Diego<br><br>ORDER |

Within 7 days after the date of this order, Civil Liberties Union of San Diego, Imperial Counties, and Consumer Attorneys of California shall provide this court with 7 paper copies of the proposed amicus brief.

        For the Court:

        MOLLY C. DWYER
        Clerk of the Court:

        Cathie A. Gottlieb
        Deputy Clerk
        Ninth Cir. R. 27-7/Advisory Note to Rule 27
         and Ninth Circuit 27-10

10.24.11/cag/Pro Mo