

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

November 10, 2011

| | |
|---|---|
| **To:** | Christopher M. Burke |
| **From:** | Molly C. Dwyer, Clerk of Court<br>By: Wayne Price, Deputy Clerk |
| **Re:** | Receipt of a Deficient Brief of Amicus Curiae - Pending on 11/09/2011 |
| USCA No. 11-55016 | In re: Tarla Makaeff, et al v. Trump University, LLC, et al |

The amicus brief submitted by Christopher M. Burke cannot be filed for the following reason(s):

- *Insufficient Colored copies, Green covers are required. Please **submit 7 additional copies of the brief with GREEN covers pursuant to FRAP 29.***

The following action has been taken with respect to the brief received in this office:

- *The deficiency by the amicus curiae - pending is judged to be serious. We cannot file your brief. The deficiency must be corrected within 14 days.*

When you submit corrections to your brief or a corrected brief, **please return a copy of this letter.** If you don't submit your correction within 14 days of this notice, you must file a motion for leave to file a late brief. *See* 9th Cir. R. 31-2.3 re: Extensions of time for filing brief.