UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

<u>LOCATION OF HEARING FOR January CALENDAR</u>       <u>Date of Notice</u>:

University of California, Irvine School of Law
401 East Peltason Drive
Irvine, California  92697-8000                                              December 7, 2011

COUNSEL WILL PLEASE CHECK-IN WITH THE DEPUTY IN THE COURTROOM

☞☞ Picture ID <u>required</u> to enter Court Proceedings ☜☜
All CJA Counsel call(415) 355-7993  for travel authorization

Wednesday, January 18, 2012     (☺ Late morning) Robinson Court Room, EDUC 1121

   (  ) **   11-15263       Carrea v. Dreyer's Grand Ice Cream, Inc.
   (  ) **   11-55395       Marsh v. County of San Diego
   (  )      11-55016       Makaeff v. Trump Univ., LLC


☺ Please note exact time to be determined (Late morning or early afternoon)


** MAXIMUM ARGUMENT TIME 15 MINUTES PER SIDE
OTHER CASES 20 MINUTES PER SIDE

PLEASE RETURN ENCLOSED ACKNOWLEDGMENT
NOTICE to CLERK'S OFFICE
[see **FILING INSTRUCTIONS** on the Acknowledgment Form]

www.ca9.uscourts.gov