


Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

December 7, 2011

| | |
|---|---|
| 11-15263 | Carrea v. Dreyer's Grand Ice Cream, Inc. |
| 11-55395 | Marsh v. County of San Diego |
| 11-55016 | Makaeff v. Trump Univ., LLC |

Re:  UC Irvine School of Law session on January 18, 2012

Dear Counsel:

The Court wishes to express its thanks to you for participating in oral argument on January 18, 2012, at The University of California, Irvine School of Law.  The Court believes that such sessions provide a valuable opportunity for law students to benefit from contact with the bench and bar.

Enclosed are maps of University of California at Irvine campus, with details as to the location of the Law School.  Please check-in at the Law School **no later than an half hour** prior to the start of the court session.  The session will begin promptly at the scheduled time.

Thank you again for your cooperation.  If you have any questions, please feel free to call the Calendar Unit at (415) 355-8190.

Very truly yours,

MOLLY C. DWYER
Clerk of Court


by: /s/Arden Wong
     Calendar Supervisor, Deputy Clerk


Enclosures