


Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

December 7, 2011

11-15263   Carrea v. Dreyer's Grand Ice Cream, Inc.
11-55395   Marsh v. County of San Diego
11-55016   Makaeff v. Trump Univ., LLC

Re:  UC Irvine School of Law session on January 18, 2012

Dear Counsel:

The Court wishes to express its thanks to you for participating in oral argument on January 18, 2012, at The University of California, Irvine School of Law.  The Court believes that such sessions provide a valuable opportunity for law students to benefit from contact with the bench and bar.

Enclosed are maps of University of California at Irvine campus, with details as to the location of the Law School.  Please check-in at the Law School **no later than an half hour** prior to the start of the court session.  The session will begin promptly at the scheduled time.

Thank you again for your cooperation.  If you have any questions, please feel free to call the Calendar Unit at (415) 355-8190.

Very truly yours,

MOLLY C. DWYER
Clerk of Court


by: /s/Arden Wong
    Calendar Supervisor, Deputy Clerk


Enclosures

# Driving Directions to UCI School of Law

**From the 405 Freeway Northbound:**
Exit at University Dr.
Left on University Dr.
Left on Campus Dr.
Right on East Peltason
Pull over immediately to the parking kiosk to purchase a parking pass. If there is no attendant in the kiosk, please pull forward and purchase your permit from the dispenser.
***Parking passes are $2/hour***

Right on Pereira
At the split, stay right on Pereira. Continue forward until you can make a right into the parking structure.

401 E. Peltason Drive consists of two large gray buildings on the **corner of Campus and East Peltason**. The event will be held in room EDU 1121 in the north building (which has the *Education* sign on it).

**From the 405 Freeway Southbound:**
Exit at Jamboree Rd.
Right on Jamboree Rd.
Left on Campus Dr.
Right on East Peltason
Pull over immediately to the parking kiosk to purchase a parking pass. If there is no attendant in the kiosk, please pull forward and purchase your permit from the dispenser.
***Parking passes are $2/hour***

Right on Pereira
At the split, stay right on Pereira. Continue forward until you can make a right into the parking structure.

401 E. Peltason Drive consists of two large gray buildings on the **corner of Campus and East Peltason**. The event will be held in room EDU 1121 in the north building (which has the *Education* sign on it).



 



**UCI School of Law**
401 E. Peltason Drive
Irvine, CA 92697-8000
(949) 824-0066
law.uci.edu

Public · 11,877 views
Created on May 7, 2009 · By Iris · Updated Jul 29, 2009

 UCI School of Law
401 E. Peltason Drive, Irvine, CA 92697-8000

