# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

**I acknowledge receipt of the notice of assignment showing my case:**

| | |
|---|---|
| Case Number | 11-55016 |
| Case Title | Makaeff v. Trump University, LLC |

**assigned for hearing:**

| Date | 1/18/12 | Time | TBD | Courtroom | Robinson Ct. Rm, EDUC 1121 |
|---|---|---|---|---|---|

Location | Univ. of Calif. Irvine School of Law, 401 E. Peltanson Dr., Irvine, CA 92697

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| Name | David K. Schneider    (Mr. Schneider is one of the counsel of record, but will not argue) |
|---|---|
| Address | Yunker & Schneider<br>655 West Broadway, Suite 1400 |

| City | San Diego | State | CA | Zip Code | 92101 |
|---|---|---|---|---|---|

| Phone | (619) 233-5500 | Email Address | dks@yslaw.com |
|---|---|---|---|

Party/parties represented | Trump University, LLC

Special needs you may require in the courtroom |

☛ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

◉ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| Signature (use "s/" format) | s/ David K. Schneider | Date | 12/8/11 |
|---|---|---|---|

**Filing Instructions**

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250