OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

## ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 11-55016 |
| Case Title | Makaeff v. Trump University, LLC |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | January 18, 2012 | Time | TBD | Courtroom | Robinson Court Rm, EDUC 1121 |
| Location | U. Cal. Irvine School of Law, 401 East Peltason Drive, Irvine, CA 92697-8000 | | | | |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Eric Alan Isaacson |
| Address | Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900 |
| City | San Diego |
| State | CA |
| Zip Code | 92101 |
| Phone | (619) 231-1058 |
| Email Address | erici@rgrdlaw.com |
| Party/parties represented | Tarla Makaeff |
| Special needs you may require in the courtroom | |

☞ Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

◯ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | /s Eric Alan Isaacson | Date | December 12, 2011 |

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250