# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 11-55016 |
| Case Title | Makaeff v. Trump University, LLC |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | January 18, 2012 | Time | 10:00 a.m. | Courtroom | Robinson Ct. Room, ECUC 1121 |

Location: University of California Irvine, School of Law, 401 E. Peltanson Dr., Irvine, CA 92697

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Jill A. Martin |
| Address | c/o Trump National Golf Club Los Angeles<br>One Ocean Trails Dr. |
| City | Rancho Palos Verdes |
| State | CA |
| Zip Code | 90275 |
| Phone | (310) 303-3225 |
| Email Address | jmartin@trumpnational.com |
| Party/parties represented | Trump University, LLC |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/ Jill A. Martin | Date | 12/20/11 |

**Filing Instructions**

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250