**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

DEC 21 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| **TARLA MAKAEFF, on behalf of herself and all others similarly situated**, <br><br> Plaintiff-counter-defendant - Appellant, <br><br> and <br><br> **BRANDON KELLER; ED OBERKROM; PATRICIA MURPHY**, <br><br> Plaintiffs, <br><br>   v. <br><br> **TRUMP UNIVERSITY, LLC, a New York limited liability company, AKA Trump Entrepreneur Initiative**, <br><br> Defendant-counter-claimant - Appellee, <br><br>   and <br><br> **DONALD J. TRUMP**, <br><br> Defendant. | No. 11-55016 <br><br> D.C. No. 3:10-cv-00940-IEG-WVG <br><br><br> **ORDER** |

page 2

The Motion of the American Civil Liberties Union of San Diego & Imperial Counties for Leave to File Amicus Curiae Brief is granted.

FOR THE COURT:

MOLLY C. DWYER
Clerk of the Court

By: Allison Fung
Deputy Clerk