FILED

UNITED STATES COURT OF APPEALS

MAY 02 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TARLA MAKAEFF, on behalf of herself and all others similarly situated,<br><br>        Plaintiff-counter-defendant - Appellant,<br>  and<br><br>BRANDON KELLER; et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>TRUMP UNIVERSITY, LLC, a New York limited liability company, AKA Trump Entrepreneur Initiative,<br><br>        Defendant-counter-claimant - Appellee,<br>  and<br><br>DONALD J. TRUMP,<br><br>        Defendant. | No. 11-55016<br><br>D.C. No. 3:10-cv-00940-IEG-WVG<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: WARDLAW, Circuit Judge.

    Appellant is directed to file a response to the Petition for Rehearing En Banc filed with this court on April 30, 2013. The response shall not exceed fifteen pages or 4200 words, and shall be filed within 21 days of the date of this order. *See* 9th

Cir. R. 40-1. Parties who are registered for ECF must file the response electronically. Parties who are not registered ECF filers must file the original response plus 50 paper copies.

**IT IS SO ORDERED.**