**FILED**

UNITED STATES COURT OF APPEALS

MAY 15 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TARLA MAKAEFF, on behalf of herself and all others similarly situated,<br><br>       Plaintiff-counter-defendant - Appellant,<br><br>  and<br><br>BRANDON KELLER; et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>TRUMP UNIVERSITY, LLC, a New York limited liability company, AKA Trump Entrepreneur Initiative,<br><br>       Defendant-counter-claimant - Appellee,<br><br>  and<br><br>DONALD J. TRUMP,<br><br>       Defendant. | No. 11-55016<br><br>D.C. No. 3:10-cv-00940-IEG-WVG<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: KOZINSKI, Chief Judge, and WARDLAW and PAEZ, Circuit Judges.

Makaeff's unopposed motion for an extension of time to file the response to

the Petition for Rehearing En Banc is GRANTED. The response is now due June 13, 2013.

**IT IS SO ORDERED.**