UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 25 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TARLA MAKAEFF, on behalf of herself and all others similarly situated,<br><br>         Plaintiff-counter-defendant - Appellant,<br>and<br><br>BRANDON KELLER; et al.,<br><br>         Plaintiffs<br><br>  v.<br><br>TRUMP UNIVERSITY, LLC, a New York limited liability company, AKA Trump Entrepreneur Initiative,<br><br>         Defendant-counter-claimant - Appellee.<br><br> and<br><br>DONALD J. TRUMP,<br><br>         Defendant | No. 11-55016<br><br>D.C. No. 3:10-cv-00940-IEG-WVG<br>U.S. District Court for Southern California, San Diego<br><br>**MANDATE** |

      The judgment of this Court, entered April 17, 2013, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Synitha Walker
Deputy Clerk