UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 25 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TARLA MAKAEFF, on behalf of herself and all others similarly situated,<br><br>        Plaintiff-counter-defendant - Appellant,<br>and<br><br>BRANDON KELLER; et al.,<br><br>        Plaintiffs<br><br>  v.<br><br>TRUMP UNIVERSITY, LLC, a New York limited liability company, AKA Trump Entrepreneur Initiative,<br><br>        Defendant-counter-claimant - Appellee.<br><br> and<br><br>DONALD J. TRUMP,<br><br>        Defendant | No. 11-55016<br><br>D.C. No. 3:10-cv-00940-IEG-WVG<br>U.S. District Court for Southern California, San Diego<br><br>**ORDER** |

The mandate issued on June 25, 2013 is recalled as issued in error.

                                      FOR THE COURT:
                                      Molly C. Dwyer
                                      Clerk of Court

                                      Synitha Walker
                                      Deputy Clerk