FILED

JUN 28 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TARLA MAKAEFF, on behalf of herself and all others similarly situated, <br><br>  Plaintiff-counter-defendant - Appellant, <br><br> and <br><br> BRANDON KELLER; et al., <br><br>  Plaintiffs, <br><br> v. <br><br> TRUMP UNIVERSITY, LLC, a New York limited liability company, AKA Trump Entrepreneur Initiative, <br><br>  Defendant-counter-claimant - Appellee, <br><br> and <br><br> DONALD J. TRUMP, <br><br>  Defendant. | No. 11-55016 <br><br> D.C. No. 3:10-cv-00940-IEG-WVG Southern District of California, San Diego <br><br> ORDER |

Before: KOZINSKI, Chief Judge, and WARDLAW and PAEZ, Circuit Judges.

Consumer Attorneys of California's motion for leave to file a brief as

amicus curiae in opposition to defendant-counter-claimant-appellee Trump University's Petition for Rehearing En Banc is GRANTED.

**IT IS SO ORDERED.**