UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 01 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TARLA MAKAEFF, on behalf of herself and all others similarly situated,<br><br>        Plaintiff-counter-defendant - Appellant,<br>and<br><br>BRANDON KELLER; et al.,<br><br>        Plaintiffs<br><br>  v.<br><br>TRUMP UNIVERSITY, LLC, a New York limited liability company, AKA Trump Entrepreneur Initiative,<br><br>        Defendant-counter-claimant - Appellee.<br><br> and<br><br>DONALD J. TRUMP,<br><br>        Defendant | No. 11-55016<br><br>D.C. No. 3:10-cv-00940-IEG-WVG<br>U.S. District Court for Southern California, San Diego<br><br>**ORDER** |

      The amicus brief submitted by Consumer Attorneys of California on June 24, 2013 is filed.

      Within 7 days of this order, amici curiae is ordered to file 7 copies of the brief in paper format, with a green cover, accompanied by certification (attached to

the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939. For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Synitha Walker
Deputy Clerk