**FILED**

UNITED STATES COURT OF APPEALS

DEC 20 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TARLA MAKAEFF, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff-counter-defendant - Appellant,<br>　And<br><br>BRANDON KELLER; et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TRUMP UNIVERSITY, LLC, a New York limited liability company, AKA Trump Entrepreneur Initiative,<br><br>　　　　Defendant-counter-claimant - Appellee.,<br><br>　And<br><br>DONALD J. TRUMP,<br><br>　　　　Defendant. | No. 11-55016<br><br>D.C. No. 3:10-cv-00940-IEG-WVG Southern District of California, San Diego<br><br><br>ORDER |

Before: KOZINSKI, Chief Judge, and WARDLAW and PAEZ, Circuit Judges.

Appellant's unopposed motion to transfer consideration of attorneys' fees to the district court pursuant to Circuit Rule 39-1.8 is GRANTED.

**IT IS SO ORDERED.**